# AFFIDAVIT OF SERVICE

| Case: 1:23-cv-03136-RBK-AMD | Court: In the United States District Court for the District of New Jersey | County: | Job: 9010510 (37343) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Noell Del Rossi | | **Defendant / Respondent:** Forman Mills Inc. | |
| **Received by:** Legal Errands, Inc. | | **For:** Goodley McCarthy | |
| **To be served upon:** Forman Mills Inc. | | | |

I, Dawn Rodriguez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Forman Mills Inc., 100 Charles Ewing Blvd Suite 160, Ewing, NJ 08628
**Manner of Service:** Registered Agent, Jun 12, 2023, 9:43 am EDT
**Documents:** Summons and Complaint

**Additional Comments:**
1) Successful Attempt: Jun 12, 2023, 9:43 am EDT at 100 Charles Ewing Blvd Suite 160, Ewing, NJ 08628 received by Forman Mills Inc.. By handing documents to a manager/person in charge: Yvonne Hudson, Authorized Agent

Age: 40-45; Ethnicity: African American; Gender: Female; Weight: 195; Height: 5'8"; Hair: Black; Other: c/o Corporation Service Company;

Dawn Rodriguez   Date 6/14/23

Legal Errands, Inc.
1200 Lincoln Ave, Suite D
Prospect Park, PA 19076
215-751-1124

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

June 14, 2023
Date    Commission Expires

AMY M CALLAHAN
Commission # 2412750
Notary Public, State of New Jersey
My Commission Expires
September 26, 2026