**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NOELL DEL ROSSI, *et al.*,**

*Plaintiffs*,

v.

**FORMAN MILLS, INC., *et al.*,**

*Defendants*.

No. 23-cv-03136

**ORDER**

**O'HEARN, District Judge.**

This matter comes before the Court on Motions to Dismiss by Defendant Tobias Keller and by Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC. (ECF Nos. 96–97). The Court held a hearing pursuant to Local Civil Rule 78.1 on February 13, 2026. For the reasons set forth on the record,

**IT IS** on this __13th__ day of _February_, 2026,

**ORDERED** that the Motions to Dismiss, (ECF Nos. 96–97), are **DENIED**.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**