**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, et al, individually and on behalf of all similarly-situated individuals,** | : | **CIVIL ACTION NO.: 1:23-cv-03136** |
| ***Plaintiffs,*** | : | |
| **v.** | : | |
| **FORMAN MILLS, INC., et al.** | : | |
| ***Defendants.*** | : | |

**NOTICE OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

TO: Forman Mills, Inc.
Goode Partners LLC
Goode Forman Holdings LLC
Goode Heavyweight Co-Invest LLC
Tobias Keller

COUNSEL: Jason A. Cabrera
Cozen O'Connor, P.C.
1010 Kings Highway South
Cherry Hill, NJ 08003

Keith McDonald
Dominique Kilmartin
Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601

**PLEASE TAKE NOTICE** that on July 6, 2026 or as soon thereafter as counsel may be heard, Plaintiffs Noell Del Rossi and Dawn Barber, through undersigned counsel, will move before the United States District Court for the District of New Jersey, for an Order granting Plaintiffs' Motion for Class Certification.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Plaintiffs shall rely upon their Brief and Exhibits 1-10 attached thereto, which are being filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that the proposed form of Order is also being submitted to the Court herein.

Dated: May 29, 2026

Respectfully Submitted,

/s/ James E. Goodley
**GOODLEY MCCARTHY LLC**
James E. Goodley
NJ Attorney ID: 048572013
james@gmlaborlaw.com
Ryan P. McCarthy
NJ Attorney ID: 219022016
ryan@gmlaborlaw.com
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 394-0541

/s/ Franklin J. Rooks, Jr.
**MORGAN ROOKS, P.C.**
Franklin J. Rooks, Jr., Esquire
NJ Attorney ID: 023802010
525 Route 73 North, Suite 104
Marlton, NJ 08053
Telephone No. (856) 874-8999
fjrooks@morganrooks.com

*Attorneys for Plaintiffs and the Class*