**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC., *et al.***<br><br>***Defendants.*** | : : : : : : : : | **Case No.: 1:23-cv-03136-CPO-AMD**<br><br>**CLASS ACTION COMPLAINT** |

**ORDER**

**AND NOW**, this _______ day of ________________________, 2026, upon consideration of Plaintiffs' Motion for Class Certification, any responses and replies thereto, and any evidence presented at the class certification hearing, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1. **ORDERED** that this action is certified as a class action pursuant to Fed. R. Civ. P. 23(b)(3) and (c) on behalf of the following classes:

   a. all those current and former employees, who, pursuant to 29 U.S.C. § 2104(a)(5) who worked at, reported to, or received assignments from Defendant Forman Mills, Inc.'s Headquarters at Pennsauken, New Jersey and were terminated without cause beginning on or about June 6, 2023, and within 30 days of that date, or were terminated without cause as the reasonably foreseeable consequence of the mass layoff and/or plant closing ordered ("Fed WARN Class"); and

   b. all those current and former employees, who, pursuant to *N.J.S.A.* 34:21-1,

*et seq.*, worked at, reported to, or received assignments from Defendant Forman Mills, Inc. in New Jersey and were terminated without cause beginning on or about June 6, 2023, and within 30 days of that date, or were terminated without cause as the reasonably foreseeable consequence of the mass layoff, termination of operations, and/or transfer of operations ordered (the "NJ WARN Class" and together with the Fed WARN Class, the "WARN Classes");

2. **ORDERED** that, pursuant to Fed. R. Civ. P. 23(a)(4), Plaintiffs Noell Del Rossi and Dawn Barber are appointed Class Representatives of the Class;

3. **ORDERED** that, pursuant to Fed. R. Civ. P. 23(a)(4) and (g), attorneys James E. and Ryan P. McCarthy, of Goodley McCarthy LLC and Franklin J. Rooks, Jr. of Morgan Rooks P.C., are appointed Class Counsel of the Class;

4. **ORDERED** that Defendant Forman Mills, Inc. will produce to Class Counsel the names and last known: addresses and telephone numbers of all potential members of the Classes within ten (10) days of the date of this Order;

5. **ORDERED** that, pursuant to Fed. R. Civ. P. 23(b)(3) and (c)(2)(B), Class Counsel send to the Class via. U.S. Mail the proposed Notice of Action (Ex. 9 to Plaintiffs' Motion), within ten (10) days after receiving Class contact information from Forman Mills.

6. **ORDERED** that, Class Members will have forty-five (45) days from the date

**BY THE COURT:**

____________________________
J.