# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC., *et al.***<br><br>***Defendants.*** | : | **Case No.: 1:23-cv-03136-CPO-AMD**<br><br>**CLASS ACTION COMPLAINT** |

**DECLARATION OF JAMES E. GOODLEY, ESQUIRE**

I, James E. Goodley, Esq., declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following facts are true and correct:

1. My name is James E. Goodley. I have personal knowledge of the facts stated herein, which are all true and correct.

2. I am the Managing Partner of Goodley McCarthy LLC ("GM").

3. I, Ryan P. McCarthy of GM and Franklin J. Rooks of Morgan Rooks PC's ("MR" and collectively with GM, "Class Counsel") are counsel for Plaintiff Noell Del Rossi and Dawn Barber (collectively, "Plaintiffs") in this putative class action WARN case.

4. I offer my testimony in support of Plaintiffs' Motion for Class Certification (the "Motion"), particularly in relation to the adequacy of counsel requirement, Fed. R. Civ. P. 23(a)(4), as well as to authenticate various documents produced by Defendants in discovery.

5. I am personally familiar with Plaintiffs' and Class Counsel's involvement in this litigation, as well as GM's experience in labor/employment and complex class/collective litigation.

6. I believe Class Counsel have the necessary experience and resources needed to

adequately represent the proposed Class.

**Plaintiffs' Involvement and Adequacy to Serve as Class Representatives**

7. Integral to the development and litigation of this case was the cooperation of Plaintiffs DelRossi and Barber, each of whom committed significant time to providing information in case investigation, providing written declarations, **ECF Nos. 23-2, 23-3**, and staying in communication with counsel during the nearly three-year pendency of this action.

8. I am aware of no conflicts of interest between or amongst Plaintiffs, Class Members and Class Counsel.

9. I have confidence that Plaintiffs are adequate and appropriate to represent the interests of Class Members moving forward.

10. GM, together with MR, have the resources necessary to adequately represent the class as Class Counsel.

**Class Counsel's Extensive Work in the Instant Litigation**

11. Class Counsel performed at least the following litigation tasks in this case:

a. Case investigation and communications with Plaintiffs;

b. Drafted Original Complaint (filed 06/07/2023);

c. Negotiated Discovery Confidentiality Order (filed 07/18/2023);

d. Drafted First Amended Complaint in response to Forman Mills' Motion to Dismiss (filed 09/08/2023);

e. Drafted Opposition to Forman Mills' Summary Judgment Motion (filed 10/06/2023);

f. Drafted Second Amended Complaint (filed 07/10/2024);

g. Drafted First Set of Discovery Requests to Forman Mills (served

08/26/2024);

h. Drafted First Set of Discovery Requests to Goode Defendants (served 09/30/2024);

i. Drafted Second Set of Discovery to Forman Mills (served 11/4/2024);

j. Drafted Subpoena to Tobias Keller (served 11/08/2024);

k. Drafted Second Set of Discovery Requests to Goode Defendants (served 11/19/2024);

l. Drafted Plaintiffs' Response to Forman Mills Discovery Requests (served 01/06/2025);

m. Drafted Motion for Leave to Amend Second Amended Complaint (filed 01/23/2025);

n. Drafted Third Amended Complaint (filed 04/02/2025);

o. Drafted Opposition to Motions to Dismiss by Goode Defendants and Keller (filed 08/04/2025);

p. Prepared for and took Deposition of David Oddi, Goode Defendants on 12/23/2025;

q. Prepared for and took Deposition of Kevin Hess, Forman Mills on 01/30/2026;

r. Prepared for and took Deposition of Tobias Keller on 04/14/2026;

s. Attendance at many status conferences with Judge Donio;

t. Attendance at many meetings with various defense counsel.

**Authentication of Documents Received in Discovery**

12. Attached to Class Counsel’s Motion for Class Certification are true and correct

copies of the following documents:

a. **Ex. 3**, Second Declaration of Noell Del Rossi (dated 5/27/2026);

b. **Ex. 4**, Second Declaration of Dawn Barber (dated 5/27/2026);

c. **Ex. 5**, Deposition of David Oddi, as Rule 30(b)(6) representative of Goode Defendants (dated 12/23/2025);

d. **Ex. 6**, Deposition of Kevin Hess, as Rule 30(b)(6) representative of Forman Mills, Inc. (dated 1/30/2026);

e. **Ex. 7**, Redacted Forman Mills RIF Spreadsheet (Hess Dep. Ex. 7);

f. **Ex. 8**, Deposition of Tobias Keller (dated 4/14/2026);

g. **Ex. 9**, Proposed Class Notice;

h. **Ex. 10**, Keller Independent Director Agreement.

**GM Attorneys' Individual Experience**

13. **James E. Goodley** has served as the Managing Partner of Goodley McCarthy LLC (since July 1, 2021), and prior to that was the Managing Partner of Goodley Law LLC (since November 2020).

14. Mr. Goodley was an associate at the labor and employment firm Jennings Sigmond PC ("JS") from December 2013 through May 2016 and January 2017 through October 2020. While at JS, his practices focused on representing employees in wage and hour litigation similar to the instant matter. Mr. Goodley also represented union-sponsored employee benefits plans in litigation arising under the Employee Retirement and Security Act ("ERISA"), as well as labor unions in litigation and arbitration.

15. Mr. Goodley has served as lead or co-lead trial counsel in several complex class/collective action wage and hour and related cases, obtaining positive results for his clients. *See, e.g.*:

a. *Vox Media, Inc. Wage and Hour Litigation*, Case Nos. 1:17-cv-01791, 1:19-cv-00160, 1:20-cv-01793 (D.D.C) (Mr. Goodley served as co-lead counsel and secured a $4 million omnibus class/collective action settlement covering over 500 class members in three related independent contractor misclassification suits brought under the FLSA and California and New Jersey law);

b. *Carusillo v. Fansided, Inc.*, No.: 1:20-cv-04766-JPO (S.D.N.Y.) (Mr. Goodley served as co-lead trial counsel and secured a $1,150,000.00 class/collective action settlement covering over 200 class members in an independent contractor misclassification suit brought under the FLSA and New York law);

c. *Behrens v. MLB Advanced Media, L.P.*, No. 1:18-cv-03077, ECF No. 46, (S.D.N.Y. Jul. 9, 2019) (Mr. Goodley served as co-lead trial counsel in FLSA/NY Labor Law action, obtaining final approval of a $1.4 million settlement for Plaintiff and a class of over 200 employees for whom Plaintiff alleged Defendant did not properly compensate for all overtime hours worked);

d. *Keyes v. G.E.C. Restaurant Management & Design, et al.*, No. 2:18-cv-01115, ECF No. 69, (E.D. Pa. Dec. 18, 2019) (Mr. Goodley served as lead trial counsel in FLSA/PA Minimum Wage action, obtaining final approval of a $400,000.00 settlement for Plaintiff and a class of over 140 restaurant workers for whom Plaintiff alleged Defendants did not properly compensate due to tip credit violations);

e. *Haralambidis v. Black & Veatch Construction, Inc., et al.*, No 230800786 (Pa. C.C.P. Phil Cty.) (Mr. Goodley served as co-lead trial counsel and obtained final approval of $400,000 class action settlement in matter concerning alleged unpaid prevailing wages).

f. *Albertson et al. v. Intelligent Hardware, Inc. et al.* 5:21-cv-05371, ECF No. 44 (E.D. Pa. December 27, 2022) (Mr. Goodley served as co-lead trial counsel in FLSA and New Jersey state law action, obtaining approval of a $382,500.00 settlement for 11 Plaintiffs who alleged Defendants failed to pay overtime and prevailing wages);

g. *Kiaunis v. Monro, Inc.*, No. 2:21-cv-00494, ECF No. 42 (E.D. Va. Nov. 15, 2022) (Mr. Goodley served as co-lead trial counsel in Virginia wage and hour action, obtaining final approval of $250,000.00 class action settlement for Plaintiff and class members for whom Plaintiff alleged Defendant misclassified as overtime-exempt);

h. *Smith v. Haverfield International, Inc.*, No. CUM-L192-22 (N.J. Superior Court, Law Div.) (Mr. Goodley served as co-lead trial counsel and obtained final

approval of $250,000 class action settlement on behalf of construction workers in matter concerning alleged unpaid overtime and prevailing wages).

i. *Steele et al. v. Lehigh Valley Underground, LLC, et al.,* No. 5:20-cv-01754, ECF No. 40, (E.D. Pa. Apr. 05, 2021) (Mr. Goodley served as lead trial counsel in FLSA/PA Minimum Wage action, obtaining approval of a $150,000.00 collective action settlement for two Plaintiffs and 20 other construction workers for whom Plaintiffs alleged Defendants misclassified as overtime-exempt and independent contractors);

j. *Manico. v. Lehigh Valley Underground, LLC, et al.,* No. C-48-CV-2021-04404, (Northampton Cty. Comm. Pl., Apr. 06, 2022) (Mr. Goodley served as lead trial counsel in PA Minimum Wage action, obtaining final approval of a $211,000.00 class action settlement for Plaintiff and 30 other construction workers for whom Plaintiff alleged Defendants misclassified as overtime-exempt and independent contractors);

k. *Fernandez v. The Tox Corporation, et al*., No. 22-cv-09079 (C.D. Ca. April 11, 2025) (Mr. Goodley, as co-lead trial counsel, obtained final approval of a class settlement of $150,000 on behalf of the Plaintiff and class concerning federal and New York minimum wage violations).

l. *Curtis v. Genesis Engineering Solutions, Inc..,* No. 8:21-cv-00722, ECF No. 22, (D. Md. June 17, 2022) (Mr. Goodley served as lead trial counsel in FLSA/Maryland Wage and Hour class/collective action, obtaining approval of a $100,000.00 class action settlement for 39 class members for whom Plaintiff alleged Defendant failed to pay overtime compensation at 150% of their regular rates of pay);

m. *Larson v. True Select LLC, et al*., No. 5:21-cv-00077 (W.D. Va.) (Mr. Goodley served as co-lead trial counsel and obtained approval of $99,618.00 FLSA collective action settlement in unpaid overtime matter).

n. *United States ex rel. IBEW Local Union No. 98 v. Farfield Co.*, No. 5:09-cv-04230 (E.D. Pa.) (Mr. Goodley served as co-lead trial counsel representing Relator in a False Claims Act lawsuit premised on Davis-Bacon Act wage violations, obtaining trial verdict resulting in total judgment of $2,488,474.62; *aff'd on appeal*, *United States ex rel. IBEW Local Union No. 98 v. Farfield Co.*, 5 F.4th 315 (3d Cir. 2021));

o. *United States ex rel. IBEW Local Union No. 126 v. JD. Eckman, Inc. et al.*, No. 21-2980 (E.D. Pa.) (Mr. Goodley served as co-lead trial counsel and secured a $1,000,000.00 settlement in False Claims Act lawsuit premised on Davis-Bacon Act prevailing wage violations).

p. *United States ex rel. IBEW Local Union No. 126 v. Joseph B. Fay Co. et al.*, No. 3:20-cv-00232 (W.D. Pa.) (Mr. Goodley served as lead trial counsel representing Relator in a False Claims Act lawsuit premised on Davis-Bacon Act wage violations, obtaining total settlement of $400,000.00).

25. From May 2016 through January 2017, Mr. Goodley was a Staff Attorney at Berger Montague PC, where he focused on representing employees in wage and hour class action litigation and plan participants in ERISA litigation.

26. From June 2012 until December 2013, Mr. Goodley served as in Investigator at the United States Department of Labor, Employee Benefits Security Administration. From 2005 to 2012, he served as a Patent Examiner at the United States Patent and Trademark Office.

27. Mr. Goodley received his B.S. in Electrical Engineering from Lehigh University in 2005, his J.D. from Catholic University in 2011, and his LL.M. in trial advocacy from Temple University in 2013.

28. Mr. Goodley is admitted to the Bars of Maryland, Pennsylvania, New Jersey, New York, and Virginia, and to the United States District Courts for the Districts of New Jersey, Maryland, the District of Columbia, all districts in Pennsylvania, Virginia, and New York, the Eastern District of Michigan, Northern District of Illinois, the District of Colorado, and the United States Courts of Appeals for the Second and Third Circuits.

29. Mr. Goodley is a member of the National Employment Lawyers Association.

30. **Ryan P. McCarthy** joined Mr. Goodley as a Partner at GM as of July 1, 2021.

31. Mr. McCarthy was an associate attorney at JS from February 2018 through June 2021. While at JS, he represented union-sponsored employee benefits plans in ERISA litigation, labor unions in litigation, and individual and classes of employees in wage and hour litigation similar to the instant matter. Mr. McCarthy has served as lead or co-lead counsel in the following labor and employment cases and obtained positive results for his clients:

a. *Vox Media, Inc. Wage and Hour Litigation*, Case Nos. 1:17-cv-01791, 1:19-cv-00160, 1:20-cv-01793 (D.D.C) (obtained final approval of $4 million omnibus class/collective action settlement covering over 500 class members in three related independent contractor misclassification suits brought under the FLSA and California and New Jersey Law).

b. *Carusillo v. Fansided, Inc.*, No.: 1:20-cv-04766-JPO (S.D.N.Y.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $1,150,000.00 class/collective action settlement covering over 200 class members in an independent contractor misclassification suit brough under the FLSA and New York Law).

c. *Chase v. Kriger Construction, Inc.*, No. 2021 CV 5174 (Pa. C.C.P. Lack. Cty.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval $450,000 class action settlement covering 190 class members in unpaid overtime suit brought under the Pennsylvania Minimum Wage Act).

d. *Edens v. Healthcare Stat Inc., et al.*, No 211000722 (Pa. C.C.P. Phil. Cty.) (Mr. McCarthy served as counsel, obtained final approval of $625,000 class action settlement in independent contractor misclassification overtime suit brought under Pennsylvania law)

e. *Kiaunis v. Monro, Inc.*, No. 2:21-cv-00494, ECF No. 42 (E.D. Va.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $250,000.00 class action settlement for Plaintiff and class members for whom Plaintiff alleged Defendant misclassified as overtime-exempt).

f. *Manico. v. Lehigh Valley Underground, LLC, et al.,* No. C-48-CV-2021-04404, (Pa. C.C.P. Northampton Cty.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $211,000.00 class action settlement for Plaintiff and 30 other construction workers for whom Plaintiff alleged Defendants misclassified as overtime-exempt and independent contractors).

g. *United States ex rel. IBEW Local Union No. 98 v. Farfield Co.* No. No. 5:09-cv-04230 (E.D. Pa.) (Mr. McCarthy served as counsel in False Claims Act lawsuit premised on Davis-Bacon Act wage violations, obtaining verdict resulting in total judgment of $2,488,474.62), *aff'd on appeal*, *United States ex rel. IBEW Local Union No. 98 v. Farfield Co.*, 5 F.4th 315 (3d Cir. 2021).

h. *United States ex rel. IBEW Local Union No. 126 v. JD. Eckman, Inc. et al.,* No. 21-2980 (E.D. Pa.) (Mr. McCarthy served as co-lead trial counsel and secured a $1,000,000.00 settlement in False Claims Act lawsuit premised on Davis-Bacon Act prevailing wage violations).

i. *United States ex rel. IBEW Local Union No. 126 v. Dixon electric, Inc. et al.,* No 20-cv-232 (W.D. Pa.) (Mr. McCarthy, as co-lead trial counsel, with Government intervention for purposes of settlement, obtained $400,000 settlement in False Claims Act lawsuit premised on Davis-Bacon Act wage violations).

j. *Haralambidis v. Lecmar Underground Cable, LLC et al.*, No. 2023-25178 (Pa. C.C.P. Montg. Cty.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $170,000 class action settlement in case for unpaid overtime wages brought on behalf of construction workers under Pennsylvania law).

k. *Talton v. B&G Foods, Inc.*, No. 2:23-cv-22691 (D.N.J.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $165,000 class action settlement for unpaid wages due to alleged "rounding" of hours, under FLSA and North Carolina law);

l. *Albertson et al. v. Intelligent Hardware, Inc. et al.* 5:21-cv-05371, ECF No. 44 (E.D. Pa. December 27, 2022) (Mr. McCarthy served as co-lead trial counsel and obtained approval of a $382,500.00 settlement for 11 Plaintiffs who alleged Defendants failed to pay overtime and prevailing wages under FLSA and New Jersey law);

m. *Bado v. Down Under, Inc., et al.*, No 1:23-cv-00652 (D.D.C.) (Mr. McCarthy served as co-lead trial counsel and obtained approval of a FLSA settlement of $138,611.73 on behalf of the plaintiff and 4 opt-in plaintiffs who alleged defendant failed to pay minimum wages and tips).

n. *Fernandez v. The Tox Corporation, et al.*, No. 22-cv-09079 (C.D. Cal.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of a class settlement of $150,000 on behalf of the Plaintiff and class concerning federal and New York minimum wage violations).

o. *Smith v. Haverfield International, Inc.*, No. CUM-L192-22 (N.J. Superior Court, Law Div.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $250,000 class action settlement on behalf of construction workers in matter concerning alleged unpaid overtime and prevailing wages).

p. *Haralambidis v. Black & Veatch Construction, Inc., et al.*, No 230800786 (Pa. C.C.P. Phil Cty.) (Mr. McCarthy served as co-lead trial counsel and obtained final approval of $400,000 class action settlement in matter concerning alleged unpaid prevailing wages).

q. *Larson v. True Select LLC, et al.*, No. 5:21-cv-00077 (W.D. Va.) (Mr. McCarthy served as co-lead trial counsel and obtained approval of $99,618.00 FLSA collective action settlement in unpaid overtime matter).

r. *Duggan v. Buckley Cable Construction Co.*, No. 2:24-cv-03296-MKC (E.D. Pa) (Mr. McCarthy serves as co-lead trial counsel, motion for preliminary approval of $1,800,000 class action settlement pending with court, in matter concerning alleged unpaid overtime due to field construction workers).

32. From approximately August 2016 through February 2018, Mr. McCarthy served as an Attorney Advisor in the United States Department of Labor, Office of Administrative Law Judges, where he handled matters under the Black Lung Benefits Act and various federal employment whistleblower protection statutes.

33. Mr. McCarthy received a B.A. in History from Temple University in 2012 and his J.D. from Drexel University in 2016.

34. Mr. McCarthy is admitted to the Bars of Pennsylvania and New Jersey and is admitted to practice in the U.S. District Courts for the Eastern, Middle, and Western Districts of Pennsylvania, the District of New Jersey, the District of D.C., the District of Maryland, the Eastern District of Michigan, Northern District of Illinois, the District of Colorado, and the United States Courts of Appeals for the Second and Third Circuits.

35. Mr. McCarthy is a member of the National Employment Lawyers Association and its New Jersey affiliate.

36. **Lauren Wehr** is a Paralegal who joined GM in August 2023.

37. Ms. Wehr has a decade of paralegal experience drafting legal memorandums, motions and correspondence, electronic filing, and assisting with trial preparation. She has a bachelor's degree in art history from the University of Central Florida and a paralegal certification from the Community College of Philadelphia. Prior to working at GM, Ms. Wehr was a Litigation Paralegal at Schnader Harrison Lewis & Segal from October 2022 through July 2023, supporting attorneys in the corporate and real estate departments. From May 2021 through October 2022, she was a Discovery Paralegal at Capozzi Adler, P.C., assisting with ERISA class action litigation. From May 2016 through May 2021, she was a Paralegal at Jennings Sigmond, P.C., where she supported attorneys representing employee benefit plans in ERISA matters.

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. § 1746 THAT THE ABOVE FACTS ARE TRUE AND CORRECT.**

| | |
|---|---|
| May 29, 2026 | /s/ James E. Goodley |
| DATE | JAMES E. GOODLEY |