# EXHIBIT 2

**Morgan Rooks, P.C.**
Franklin J. Rooks, Jr.
PA Attorney ID No. 309562
525 Route 73 North, Suite 104
Marlton, NJ, 08053
Telephone No. (856) 874-8999
Facsimile No. (856) 494-1707
fjrooks@morganrooks.com

**Goodley McCarthy LLC**
James E. Goodley
PA Attorney ID No. 315331
Ryan P. McCarthy
PA Attorney ID No. 323125
1650 Market Street, Suite 3600
Philadelphia, PA 19103
james@gmlaborlaw.com
ryan@gmlaborlaw.com
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC., GOODE PARTNERS LLC, GOODE FORMAN HOLDINGS LLC, GOODE HEAVYWEIGHT COINVEST LLC, and TOBIAS KELLER.**<br><br>***Defendant.*** | : | **Case No.: 1:23-cv-03136-RBK-AMD** |

**DECLARATION OF FRANKLIN J. ROOKS JR., ESQ.**

I, Franklin J. Rooks Jr., hereby declare, under penalty of perjury that the following statements are true and correct:

1. I am the Managing Partner of Morgan Rooks P.C. (“MR”).

2. Along with James Goodley and Ryan P. McCarthy of Goodley McCarthy LLC (“GM”), I serve as counsel for Noell Del Rossi and Dawn Barber (collectively, “Plaintiffs”) in this putative class action WARN case filed against Forman Mills, Inc., Goode Partners LLC, Goode Forman Holdings LLC,

Goode Heavyweight Coinvest, LLC, and Tobias Keller (collectively, "Defendants").

3. MR and GM are collectively "Class Counsel" for Plaintiffs and the proposed class.

4. I am personally familiar with MR's involvement in this litigation.

5. I offer my testimony in support of Plaintiffs' Motion for Class Certification (the "Motion"), particularly in relation to the adequacy of counsel requirement, Fed. R. Civ. P. 23(a)(4).

6. I submit this Declaration to provide the Court with information concerning MR's litigation experience representing employees in employment matters.

7. I believe Class Counsel have the necessary experience and resources needed to adequately represent the proposed class.

**<u>Experience and Adequacy to Serve as Class Counsel</u>**

8. Franklin J. Rooks Jr. has been the Managing Partner of Morgan Rooks PC since January 2018 and prior to that was a member of Jacobson Rooks, LLC since January 2015. In both practices, Mr. Rooks exclusively represented plaintiff-employees.

9. Mr. Rooks graduated *cum laude* from the Widener University School of Law with his juris doctor degree.

10. Mr. Rooks received his B.S. in Health Sciences and a Master of Physical Therapy degree from the Philadelphia College of Pharmacy and Science in 1991. In addition, Mr. Rooks also holds a Master of Business Administration (MBA) from Drexel University.

11. Mr. Rooks is admitted to practice law in the State of New Jersey and Commonwealth of Pennsylvania. He is also admitted to the United States District Courts for the District of New Jersey, the Eastern District of Pennsylvania, and the District of Colorado.

12. Mr. Rooks is a member of the National Employment Lawyers Association.

13. Mr. Rooks has served as lead trial counsel representing plaintiffs in employment-related cases filed in New Jersey Superior Court, the Federal Court for the District of New Jersey, and the Federal Court for the Eastern District of Pennsylvania. These cases have arisen under the Fair Labor Standards Act, the New Jersey Wage Payment Act, the New Jersey Law Against Discrimination, the

Family and Medical Leave Act, among other causes of action.

14. Mr. Rooks has settled Fair Labor Standards Act individual claims with Court approval:

  a. *Crespo v. Magnum Opus Federal Credit Corp.*, 2:21-cv-00074-CFK (E.D.Pa. 2021).

  b. *Locke v. The Q-Group Builders, Inc.*, 2:20-cv-02127-GAM (E.D.Pa. 2020).

  c. *Hassan v. Coatesville Chicken, LLC*, 2:17-cv-00273-MMB (E.D.Pa. 2017).

  d. *Rivera v. Brad Byrne Complete Lawn Maintenance*, 2:17-c.v.-05010-JS (E.D.Pa. 2017).

15. Mr. Rooks has served as lead or co-lead trial counsel in several complex class/collective action wage and hour and related cases, obtaining positive results for his clients. *See e.g.*

  a. *Butterfield v. Triple Canopy Inc.*, Federal Court for the Eastern District of Pennsylvania, Docket Number 2:21-cv-03610 (unpaid overtime in violations of the Fair Labor Standards Act, resulting in favorable settlement for class members)

  b. *Tyesha Edens vs. Healthcare Stat, Inc., et al*; CCP; October Term, 2021; Case No. 000722 (Independent contractor misclassification case involving unpaid overtime for certified nursing assistants and licensed practical nurses, with favorable settlement for class members)

  c. *D'Nay Nnaka v. UPMC, et al*; CCP, Allegheny County; Case No, GD-23-014778 (Independent contractor misclassification case involving unpaid overtime for respiratory therapists, with favorable settlement for class members)

  d. *David Obermeier vs. Northeast Work & Safety Boats, LLC, et al*; Federal Court for the District of Connecticut; Docket No. 3:23-cv-00046-SVN (state law prevailing wage case with violations of the Fair Labor Standards Act, resulting in favorable settlement for class members)

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: May 28, 2026

*/s/ Franklin J. Rooks Jr.*
Franklin J. Rooks Jr., Esq.