# EXHIBIT 3

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC.**<br><br>***Defendant.*** | : | **Case No.: 1:23-cv-03136-RBK-AMD**<br><br>**CLASS ACTION COMPLAINT** |

**DECLARATION OF NOELL DEL ROSSI**

Noell Del Rossi hereby declares:

1. I, along with co-plaintiff Dawn Barber, am a Named Plaintiff in this WARN Act case.

2. If the Court grants class certification in this case, I intend to serve as a class representative and, together with the help of my lawyers from Goodley McCarthy and Morgan Rooks, act in the best interests of members of the Federal WARN and New Jersey WARN Classes (those laid off from Forman Mills' Pennsauken Headquarters on June 6, 2023 without adequate prior notice).

3. I am aware of no conflicts of interest between or among myself, Plaintiff Barber, Goodley McCarthy, Morgan Rooks, or any of the class members. I believe that I, like all other members of the classes, are owed WARN damages and severance as a result of Forman Mills' June 6, 2023 mass layoff without adequate prior notice.

4. To date, I still have not been paid any additional compensation as a result of the mass layoff.

5. I wish to serve in the role as a class representative to help obtain a recovery for the

classes.

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Signed on: 05 / 27 / 2026

By: Noell Del Rossi
Noell Del Rossi