# EXHIBIT 7

**Forman Mills**
**Corp Office Employee Roster**

| Site | Last Name | First Name | Job Assignment Description | Status | Original Hire Date | Employee Employment Status Effective Start | Pay Class | Pay Type | Annual Salary | RIF? | Remaining | Monthly Company paid benefits |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999 | [redacted] | [redacted] | Accounting - Controller | Active | 4/17/2023 | 4/17/2023 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Store Operations-Training Manager | Leave | 8/15/1994 | 8/15/1994 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Accounting - Staff Accountant | Active | 11/1/2018 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Accounts Payable - Accounts Payable | Active | 1/15/2018 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Accounts Payable - Accounts Payable | Active | 11/10/2014 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Accounts Payable - Accounts Payable Manager | Active | 11/3/1997 | 5/8/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Accounts Payable - Accounts Payable | Active | 1/25/2006 | 7/15/2022 | Full Time | Hourly | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Accounts Payable - Accounts Payable | Active | 9/15/2003 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Store Inventory Analyst | Active | 3/19/2018 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocations Manager | Active | 2/8/2016 | 5/8/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 1/26/2005 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 8/27/2018 | 8/27/2018 | Full Time | Hourly | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 6/8/2020 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 2/21/2022 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 12/12/2022 | 12/12/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 9/13/2021 | 7/15/2022 | Full Time | Hourly | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 4/3/2023 | 4/3/2023 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Allocations - Allocation Analyst | Active | 11/1/2021 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Business Intelligence - SR Business Intel Manager | Active | 2/1/2021 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Executive - Chief Financial Officer | Active | 7/9/2018 | 9/25/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | CEO | Active | 7/10/2017 | 2/27/2023 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Executive - SVP & GMM | Active | 10/28/2019 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Planning - VP Chief Planning Allocation Officer | Active | 3/7/2017 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Executive - VP Real Estate and Facilities | Active | 2/26/2018 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Financial Planning & Analysis - Financial Operations Analyst | Active | 11/15/2022 | 11/15/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Financial Planning & Analysis - Manag. Store Report & Budget | Active | 8/3/2020 | 8/29/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Human Resources - Records Admin | Active | 12/11/2017 | 7/14/2022 | Full Time | Hourly | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Human Resources - Director Human Resources | Active | 12/6/2021 | 4/9/2023 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Human Resources - Human Resource Generalist | Active | 4/3/2023 | 4/3/2023 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Information Technology - Database Admin | Active | 8/2/2017 | 5/8/2022 | Full Time | Salary | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Information Technology - Database Admin | Active | 2/25/2019 | 5/8/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Information Technology - Merch. Systems. Anal. | Active | 5/29/2012 | 5/8/2022 | Full Time | Salary | [redacted] | | Y | |
| 999 | [redacted] | [redacted] | Information Technology - Help Desk Supervisor | Active | 12/2/2019 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Information Technology - Systems Support Analyst | Active | 4/19/2021 | 7/15/2022 | Full Time | Hourly | [redacted] | Y | | |
| 999 | [redacted] | [redacted] | Information Technology - Database Admin | Active | 11/14/2022 | 11/14/2022 | Full Time | Hourly | [redacted] | | Y | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999 | [redacted] | | [redacted] | | Information Technology - BSA Store Systems | Active | 8/5/2013 | 5/8/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Information Technology - Systems Support Analyst | Active | 2/15/2021 | 1/22/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Information Technology - BSA Supply Chain | Active | 1/4/2021 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Information Technology - Systems Support Analyst | Active | 12/12/2022 | 12/12/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Inventory Control - Lead | Active | 9/14/2020 | 4/2/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Inventory Control - Supervisor | Active | 10/12/2015 | 4/2/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Inventory Control - Manager | Active | 3/20/2023 | 3/20/2023 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Legal- Risk Insurance Claims Manager | Active | 10/8/2021 | 10/8/2021 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Loss Prevention District Manager | Active | 4/24/2023 | 4/24/2023 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Corporate District Investigator | Active | 6/18/2018 | 8/11/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Loss Prevention District Manager | Active | 9/10/2018 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Director Loss Prevention | Active | 2/11/2019 | 3/12/2023 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Loss Prevention District Manager | Active | 11/22/2021 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Loss Prevention - Loss Prevention District Manager | Active | 2/8/2021 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Marketing - Advertising Admin | Active | 2/3/2020 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Marketing - Ops/Marketing Comm & Events Coord. | Active | 9/19/2022 | 9/19/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Marketing - Marketing Director | Active | 2/10/2014 | 7/14/2022 | Full Time | Salary | | [redacted] | | Y |
| | [redacted] | | [redacted] | | | | | | | | | [redacted] | | |
| | [redacted] | | [redacted] | | | | | | | | | [redacted] | | |
| 999 | [redacted] | | [redacted] | | MERCHANDISING - BUYERS_ASSISTANT | Active | 2/20/2023 | 2/20/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | MERCHANDISING - BUYERS_ASSISTANT | Active | 5/16/2022 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | MERCHANDISING - BUYERS_ASSISTANT | Active | 1/3/2023 | 1/3/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Associate Buyer | Active | 9/21/2020 | 6/19/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer | Active | 5/25/2010 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer | Active | 5/21/2012 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising-F,A&H- DMM Home Footwear | Active | 10/9/2006 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer's Assistant | Active | 10/25/2021 | 12/18/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Laides, Girls - Buyer | Leave | 7/20/2015 | 7/20/2015 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Associate Buyer | Active | 11/29/2021 | 11/29/2021 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer | Active | 8/14/2017 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Associate Buyer | Active | 5/17/2021 | 3/12/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer's Assistant | Active | 5/9/2022 | 1/1/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer | Active | 10/12/2020 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Footwear, Accessories & Home - Buyer | Active | 8/21/2017 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 1/5/2015 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer's Assistant | Active | 3/13/2023 | 3/13/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer's Assistant | Active | 9/13/2021 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 8/8/2016 | 7/14/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Associate Buyer | Active | 6/8/2021 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer's Assistant | Active | 12/27/2021 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 6/29/2015 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer's Assistant | Active | 3/28/2022 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 5/8/2017 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 10/28/2009 | 3/2/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer's Assistant | Active | 9/12/2022 | 9/12/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls - Buyer | Active | 4/19/2004 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Ladies & Girls-DMM Ladies | Active | 1/7/2008 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer | Active | 1/30/2017 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer's Assistant | Active | 5/3/2021 | 1/1/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandinsing- Mens & Boys-DMM Mens | Active | 10/6/2014 | 12/18/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Associate Buyer | Active | 10/11/2021 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer | Active | 1/25/2010 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Associate Buyer | Active | 1/31/2022 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer's Assistant | Active | 2/27/2023 | 2/27/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer's Assistant | Active | 12/18/2013 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer | Active | 10/16/2017 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Associate Buyer | Active | 4/9/2018 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | MERCHANDISING_ASSISTANT_MENS_BOYS | Active | 9/4/2018 | 8/29/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising-Mens & Boys-DMM Mens | Active | 10/15/2012 | 12/18/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer's Assistant | Active | 2/20/2023 | 2/20/2023 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer | Active | 1/17/2022 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Buyer | Active | 3/23/1998 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Merchandising- Mens & Boys - Associate Buyer | Active | 9/13/2021 | 1/1/2023 | Full Time | Salary | | [redacted] | Y | |
| | [redacted] | | [redacted] | | | | | | | | | [redacted] | | |
| | [redacted] | | [redacted] | | | | | | | | | [redacted] | | |
| 999 | [redacted] | | [redacted] | | Office Services - Receptionist-Admin | Active | 12/8/2003 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Office Services - Maintenance | Active | 2/5/2018 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Payroll - Payroll Administration | Active | 2/15/2021 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Payroll - Payroll Manager | Active | 2/25/2020 | 5/8/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Payroll - Payroll Administration | Active | 10/26/1992 | 7/15/2022 | Full Time | Hourly | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Planning - Merchandise Data Entry | Active | 7/29/2013 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Planning - Planner | Active | 5/13/2019 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 999 | [redacted] | | [redacted] | | Planning - Merchandise Data Entry | Active | 6/9/2004 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Planning - Planner | Active | 5/1/2017 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Planning - Merchandise Data Entry | Active | 8/27/2018 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Planning - Director Planning | Active | 9/3/2002 | 7/15/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Sales Audit - Sales Audit | Active | 2/1/2016 | 7/15/2022 | Full Time | Hourly | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Sales Audit - Sales Audit | Active | 11/12/2007 | 7/15/2022 | Full Time | Hourly | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Sales Audit - Sales Audit | Active | 3/16/1992 | 7/15/2022 | Full Time | Hourly | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - District Manager | Active | 5/13/2019 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - Retail Development Manager | Active | 4/16/2018 | 3/21/2023 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Store Operations - District Manager | Active | 2/15/2016 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - District Manager | Active | 5/9/2016 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - District Manager | Active | 3/27/2017 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - Training Manager | Active | 9/30/2003 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Store perations- Communciations Manager | Active | 9/5/2017 | 5/8/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - Training Manager | Active | 1/11/2021 | 5/8/2022 | Full Time | Salary | | [redacted] | Y | |
| 999 | [redacted] | | [redacted] | | Store Operations - District Manager | Active | 11/18/2013 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |
| 999 | [redacted] | | [redacted] | | Store Operations - VP of Store Operations | Active | 9/18/2017 | 7/15/2022 | Full Time | Salary | | [redacted] | | Y |