# EXHIBIT 9

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**FORMAN MILLS, INC., *et al.***<br><br>***Defendants.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **Case No.: 1:23-cv-03136-CPO-AMD**<br><br>**CLASS ACTION COMPLAINT** |

## NOTICE OF CLASS ACTION LAWSUIT

## PLEASE READ THIS NOTICE CAREFULLY

## I. INTRODUCTION

**You are not being sued.** The purpose of this Notice is to inform you that you are a class member in an unpaid overtime lawsuit which has been certified by the United States District Court for the District of New Jersey (the "Court") as a "Class Action." The Court has authorized this Notice, which describes the lawsuit and informs you of the steps you must take if you wish to exclude yourself from the lawsuit.

## II. DESCRIPTION OF THE LAWSUIT

In June 2023, Noell Del Rossi ("Del Rossi") started this lawsuit against Forman Mills, Inc. ("Forman Mills") on behalf of herself and all other current and former employees who worked at the Forman Mills' headquarters in Pennsauken, New Jersey, and were laid off without 60 days' prior notice (the "Class Members"). In September 2023, Dawn Barber ("Barber" and jointly with Del Rossi, "Plaintiffs") joined as a second plaintiff in the lawsuit.

The lawsuit alleges that Forman Mills violated the Federal and New Jersey Worker Adjustment and Retraining Notification (WARN) laws by failing to provide 60 days (Federal) and 90 days (New Jersey) advance notification to affected employees before laying off approximately 89 individuals who had worked at Forman Mills' Pennsauken Headquarters. The lawsuit further alleges that New Jersey WARN was further violated by Forman Mills' failure to provide one week of severance pay per week of service. The lawsuit also joined as co-defendant various entities who (prior to the mass layoff) directly or directly owned Forman Mills: Defendants Goode Partners LLC ("Goode Partners"), Goode Forman Holdings LLC ("Goode Foreman"), and Goode Heavyweight Co-Invest LLC's ("Goode Heavyweight") (collectively, the "Goode Defendants").

Finally, as to the New Jersey claim only, Plaintiffs joined an "Independent Director" Tobias Keller, whom they allege ordered the mass layoffs to occur.

The lawsuit seeks to recover the employees' WARN notice penalties, unpaid severance, prejudgment interest, attorneys' fees, and litigation costs.

## III. WHO IS IN THE CLASS?

Plaintiffs brought this lawsuit on behalf of themselves and all other current and former employees who worked at the Company's headquarters in Pennsauken, New Jersey, and were laid off on or about June 6, 2023 (or within 30 days thereof) without 60 days prior notice (the "Class Members").

## IV. EFFECT OF PARTICIPATION IN THE LAWSUIT

If you wish to participate in the lawsuit, you do not need to do anything further. If Plaintiff wins or settles the case, you may be entitled to a money recovery. However, participating in the lawsuit does not guarantee you will receive a financial recovery.

The Court designates the following law firms as "Class Counsel" to represent the interests of Plaintiff and the Class: **James E. Goodley and Ryan P. McCarthy of Goodley McCarthy LLC**, One Liberty Place, 1650 Market Street, Suite 3600, Philadelphia PA 19103 (Phone: 215-394-0541; Website: https://www.gmlaborlaw.com) and **Franklin J. Rooks, Jr. of Morgan Rooks P.C.**, 525 Route 73 North, Suite 104, Marlton, NJ, 08053 (Phone: 856-874-8999).

As a participating Class Member in this lawsuit, Class Counsel will represent your interests in the lawsuit and will answer your questions about the lawsuit in strict confidence. If you contact Class Counsel, please identify yourself as a "Class Member" in the "Forman Mills WARN Lawsuit," and ask to speak with an attorney.

**You will not be required to pay any legal fees to Class Counsel**. If there is a recovery, either through verdict or settlement, Class Counsel will receive a portion of the proceeds in an amount deemed reasonable by the Court. If there is no recovery, Class Counsel will receive nothing.

By participating in this lawsuit, you will be bound by the judgment of the Court on the overtime wage issues raised in the lawsuit, including the reasonableness of any settlement and any judgment, favorable or unfavorable, to Plaintiff and/or the Class.

## V. EFFECT OF EXCLUDING YOURSELF FROM THE LAWSUIT

You are not required to participate in this lawsuit. If you choose to exclude yourself from the lawsuit, you will not be impacted by the Court's judgment, whether favorable or unfavorable, or any settlement obtained by Plaintiffs on behalf of the Class. Moreover, you will be free to file your own lawsuit with or without your own attorneys.

If you wish to exclude yourself from participation in the lawsuit, you must send a letter stating that you wish to be excluded from the *Del Rossi v. Forman Mills* lawsuit. Be sure to include your name, address, phone number, and date of birth. You must sign the letter. To be valid, the exclusion request must be postmarked no later than ***[insert date]***, and it must be mailed to:

***[insert mailing address]***

## VI. HOW TO CONTACT PLAINTIFF'S ATTORNEYS

As already explained, if you do not exclude yourself from the lawsuit, as a Class Member, you will be represented by the following designated Class Counsel:

James E. Goodley, Esq.
Ryan McCarthy, Esq.
**Goodley McCarthy LLC**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

Franklin J. Rooks, Jr.
**Morgan Rooks, P.C.**
525 Route 73 North, Suite 104
Marlton, NJ, 08053
Phone: (856) 874-8999
fjrooks@morganrooks.com

Please contact the above law firms if you have any questions or desire any additional information about the lawsuit. All phone conversations will be strictly confidential.

**THIS NOTICE HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY.**

Date: ***[mailing date]***

Approved as to Form: ____________________

Hon. , J.

United States District Court

District of New Jersey