# CERTIFICATE OF SERVICE

I, Jason A. Cabrera, hereby certify on this 6th day of July, 2026, that I caused to be served a copy of the foregoing through the Court's electronic filing system on:

Franklin J. Rooks, Jr.
MORGAN ROOKS, P.C.
525 Route 73 North, Suite 104
Marlton, NJ 08053

James E. Goodley
Ryan P. McCarthy
GOODLEY McCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103

*Attorneys for Plaintiffs*

- and -

Anthony Alexander Mingione
BLANK ROME
1271 Avenue of the Americas
New York, NY 10020

*Attorneys for Defendants Forman Mills, Inc.*

- and -

Keith D. McDonald
PASCHMAN STEIN
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601

*Attorneys for Defendant Tobias Keller*

*/s/ Jason A. Cabrera*
JASON A. CABRERA