PashmanStein WalderHayden
A Professional Corporation

**Keith D. McDonald**
Partner
Court Plaza South, East Wing
21 Main Street, Suite 200
Hackensack, NJ 07601
Direct: 201.270.4906
kmcdonald@pashmanstein.com

August 6, 2026

**VIA CM/ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets, Room 6050
Camden, New Jersey 08101

**Re:** ***Del Rossi, et. al. v. Forman Mills, Inc., et. al.***
**Docket No.: 23-cv-3136 (CPO) (EAH)**

Dear Judge O'Hearn:

This firm represents Defendant Tobias Keller ("Keller") in connection with the above-referenced matter. We write with the consent of counsel for all parties to respectfully request a brief extension of the deadline to file motions for summary judgment from August 17, 2026 until August 28, 2026.

This is the parties' second request for an extension of the summary judgment deadline. The motions were initially due to be filed on July 31, 2026, but the parties mutually agreed to extend the deadline until August 17, 2026 in light of various scheduling and other conflicts of counsel. The additional extension now sought—which would extend the briefing schedule by only 11 days and not alter the pre-existing September 21, 2026 return date—is needed in light of new scheduling conflicts of counsel. Additionally, because there are multiple defendants in this matter who are represented by three different law firms, the extension will afford the defendants additional time to consolidate their briefing to the extent possible and streamline the submissions to be considered by the Court.

Should this extension be acceptable to the Court, the parties ask that Your Honor so order the Proposed Order enclosed with this submission. We thank the Court for its attention to and courtesies in this matter.

Respectfully submitted,

/s/ Keith D. McDonald
Keith D. McDonald
Dominique Kilmartin

cc: All counsel of record (via CM/ECF)