**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Keith McDonald, Esq.
Dominique Kilmartin, Esq.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 270-4948
*Attorneys for Defendant Tobias S. Keller*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELL DEL ROSSI and DAWN BARBER, individually, and on behalf of all similarly-situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORMAN MILLS, INC., GOODE PARTNERS LLC, GOODE FORMAN HOLDINGS LLC, GOODE HEAVYWEIGHT COINVEST LLC, and TOBIAS KELLER<br><br>*Defendants*. | Civil Action No. 1:23-cv-03136-CPO-EAH<br><br>**PROPOSED ORDER GRANTING ON CONSENT EXTENSION OF TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT** |

**THIS MATTER** having come before the Court on the application filed with the consent of all parties for an extension of time up through and including August 28, 2026 for the parties to file motions for summary judgment; and the Court having considered the accompanying letter filed by counsel for Defendant Tobias Keller,

which was submitted with the consent of all parties; and good cause thereby appearing,

**IT IS** on this ____ day of ________________, 2026,

**ORDERED** that the parties' request is GRANTED; and it is further

**ORDERED** that motions for summary judgment shall be filed on or before August 28, 2026; and it is further

**ORDERED** that the motions shall be briefed pursuant to L. Civ. R. 78.1 in accordance with the filing deadlines for the September 21, 2026 return date.

___________________________
Hon. Christine P. O'Hearn, U.S.D.J.