**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, et al., individually and on behalf of all similarly-situated individuals,** <br><br> ***Plaintiff,*** <br><br> **v.** <br><br> **FORMAN MILLS, INC., GOODE PARTNERS LLC, GOODE FORMAN HOLDINGS LLC, GOODE HEAVYWEIGHT CO-INVEST LLC, and TOBIAS KELLER,** <br><br> ***Defendants.*** | : | **CIVIL ACTION NO.: 1:23-cv-03136** |

**JOINT STATUS REPORT**

Pursuant to this Court's Text Order of August 26, 2026 (ECF 155), Noell Del Rossi and Dawn Barber (collectively, "Plaintiffs") and Defendants Forman Mills, Inc. ("Forman Mills"); Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC (collectively, the "Goode Defendants"); and Defendant Tobias S. Keller ("Keller"), all acting by and through their respective attorneys, hereby submit this Joint Status Report.

1. Current Status. On May 29, 2026, Plaintiffs filed their Motion for Class Certification, which is awaiting the Court's ruling. The deadline for filing of dispositive motions has been adjourned due to the Goode Defendants' discovery issue. With respect to this issue, the Goode Defendants produced approximately 2,087 pages of .pdf files; 6 Powerpoint files; and 21 Excel files. Plaintiffs' attorneys are in the process of reviewing. A status conference is scheduled for September 25, 2026.

The parties thank Your Honor for his time and consideration with regard to this matter.

Dated: September 10, 2026 Respectfully Submitted,

| | |
|---|---|
| */s/ James E. Goodley*<br>**GOODLEY McCARTHY LLC**<br>James E. Goodley<br>NJ Attorney ID: 048572013<br>james@gmlaborlaw.com<br>Ryan P. McCarthy<br>NJ Attorney ID: 219022016<br>ryan@gmlaborlaw.com<br>One Liberty Place<br>1650 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 394-0541<br><br>*/s/ Franklin J. Rooks, Jr.*<br>**MORGAN ROOKS, P.C.**<br>Franklin J. Rooks, Jr., Esquire<br>NJ Attorney ID: 023802010<br>525 Route 73 North, Suite 104<br>Marlton, NJ 08053<br>Telephone No. (856) 874-8999<br>Facsimile No. (856) 494-1707<br>fjrooks@morganrooks.com<br><br>*Counsel for Plaintiffs and Classes* | */s/ Anthony Mingione*<br>**BLANK ROME LLP**<br>Anthony A. Mingione<br>300 Carnegie Center, Suite 220<br>Princeton, NJ 08540<br>Tel: (212) 885-5246<br>Fax: (609) 750-2649<br>Jonathan.Korn@BlankRome.com<br>Anthony.Mingione@BlankRome.com<br>Michael.Darbee@BlankRome.com<br><br>*Attorneys for Defendant Forman Mills, Inc.*<br><br>*/s/ Jason A. Cabrera*<br>**COZEN O'CONNOR**<br>Jason A. Cabrera (NJ 077342013)<br>1010 Kings Highway South<br>Cherry Hill, NJ 08034<br>215-665-7267<br>jcabrera@cozen.com<br><br>*Attorney for Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC*<br><br>*/s/ Keith McDonald*<br>**PASHMAN STEIN WALDER HAYDEN, P.C.**<br>21 Main Street, Suite 200<br>Hackensack, NJ 07601<br>(201) 488-8200<br>kmcdonald@pashmanstein.com<br>*Attorney for Defendant Tobias Keller* |