UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN

Proceeding Date: September 25, 2026

**JUDGE ETHAN A. HOUGAH**

Court Reporter: Court Conference Line

**TITLE OF CASE:**
**Noell Del Rossi, et al**
v.
**Forman Mills, Inc., et al**

**DOCKET NO. 23cv3136(CPO/EAH)**

**APPEARANCES:**
James Goodley, Esq. and Franklin Rooks, Esq. for plaintiffs
Anthony Mingione, Esq. for defendant Forman Mills, Inc.
Jason Cabrera, Esq. for defendant Goode Partners, Goode Forman Holdings, Goode Heavyweight Co-Invest LLC
Dominique Martin, Esq. for defendant Keller

**NATURE OF PROCEEDINGS:** Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 12:23 p.m. Time Adjourned: 12:36 p.m. Total time: 13 mins.