COZEN O'CONNOR

September 28, 2026

**Jason A. Cabrera**
Direct Phone 215-665-7267
Direct Fax 215-253-6797
jcabrera@cozen.com

**VIA ECF**

The Honorable Ethan A. Hougah
United States Magistrate Judge
United States District Court
4th and Cooper Streets
Camden, NJ 08101

**Re:** ***Del Rossi et. al. v. Forman Mills, Inc., et. al.*** **(D.N.J. 2:23-cv-03136-CPO-EAH)**
**Joint Letter Proposing Briefing Schedule for Motions for Summary Judgment**

Dear Judge Hougah:

This Firm represents Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC ("Goode Defendants") in the above-captioned action. Pursuant to the Court's Order of September 25, 2026 (ECF 158), all counsel have conferred following the Court's status conference and we write on behalf of all counsel for all parties to a propose briefing schedule and procedure for a joint statement of undisputed facts for dispositive motions.

All counsel have conferred and the parties propose the following briefing schedule for dispositive motions:

| | |
|---|---|
| Initial motion papers for dispositive motions shall be filed on or before: | Friday, October 30 |
| Responses to any dispositive motions shall be filed on or before: | Monday, November 30 |
| Reply briefs in support of any dispositive motions shall be filed on or before: | Monday, December 14 |

With respect to the joint statement of undisputed material facts, Defendants will prepare a single document with consecutively numbered paragraphs and supporting citations to the record. The first section of the document will include facts common to all defendants; any additional facts specific to a particular defendant may be included in a different section of the joint document. For example, paragraphs 1-50 will be common facts agreed to by all defendants, paragraphs 51-60 may include specific facts from one defendant's perspective that are material for that defendant's motion; paragraphs 61-70 may include specific facts from a second defendant's perspective that are material for that defendant's motion, etc. Plaintiffs agree with this approach.

The parties jointly and respectfully request that the Court mark this letter as So Ordered.

---

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

By: Jason Cabrera
Jason A. Cabrera

cc: All Counsel of Record (*via ECF*)

**So Ordered this 30th day**

**of September, 2026**

**Hon. Ethan A. Hougah**
**United States Magistrate Judge**