**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, et al, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**FORMAN MILLS, INC., et al.**<br><br>***Defendants.*** | : | **CIVIL ACTION NO.: 1:23-cv-03136** |

**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

TO: Forman Mills, Inc.
Goode Partners LLC
Goode Forman Holdings LLC
Goode Heavyweight Co-Invest LLC
Tobias Keller

COUNSEL: Anthony A. Mingione
Blank Rome, LLP
1271 Avenue of the Americas
New York, NY 10020

Johnathan M. Korn
Michael R. Darbee
Blank Rome, LLP
300 Carnegie Center, Suite 220
Princeton, NJ 08540

Jason A. Cabrera
Cozen O'Connor, P.C.
1010 Kings Highway South
Cherry Hill, NJ 08003

Keith McDonald
Dominique Kilmartin

Pashman Stein Walder Hayden, P.C.
21 Main Street, Suite 200
Hackensack, NJ 07601

**PLEASE TAKE NOTICE** that on December 21, 2026 or as soon thereafter as counsel may be heard, Plaintiffs Noell Del Rossi and Dawn Barber, through undersigned counsel, will move before the United States District Court for the District of New Jersey, for an Order granting Plaintiffs' Motion for Summary Judgment.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Plaintiffs shall rely upon their Brief and Exhibits 1-21 attached thereto, which are being filed and served simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that the proposed form of Order is also being submitted to the Court herein.

Dated: October 30, 2026

Respectfully Submitted,

/s/ James E. Goodley
**GOODLEY MCCARTHY LLC**
James E. Goodley
NJ Attorney ID: 048572013
james@gmlaborlaw.com
Ryan P. McCarthy
NJ Attorney ID: 219022016
ryan@gmlaborlaw.com
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 394-0541

/s/ Franklin J. Rooks, Jr.
**MORGAN ROOKS, P.C.**
Franklin J. Rooks, Jr., Esquire
NJ Attorney ID: 023802010
525 Route 73 North, Suite 104
Marlton, NJ 08053
Telephone No. (856) 874-8999

fjrooks@morganrooks.com

*Attorneys for Plaintiffs and the Class*