**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, *et al.*, individually and on behalf of all similarly-situated individuals,** | : | **CIVIL ACTION NO.: 1:23-cv-03136** |
| ***Plaintiffs,*** | : | |
| **v.** | : | |
| **FORMAN MILLS, INC., et al.** | : | |
| ***Defendants.*** | : | |

**ORDER AND JUDGMENT**

**AND NOW**, this _______ day of ________________________, 2026, upon consideration of Plaintiffs' Motion for Summary Judgment and all responses and replies thereto, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** as follows:

1. Judgment is entered in favor of Plaintiffs and the Class, as certified by the Court in ECF No. ____, jointly and severally against Defendants Forman Mills, Inc., Goode Partners LLC, Goode Forman Holdings, LLC, and Goode Heavyweight Co-Invest, LLC under Fed WARN, 29 U.S.C. § 2104(a)(1), and NJ WARN, N.J.S.A. 34:21-2(b) for a total of **$4,625,759.05.** This amount comprises: **$2,227,404.10** in FedWARN notice penalty liability, **$682,134.88** in prejudgment interest related to FedWARN notice penalty liability, **$1,313,856.13** in NJ WARN severance liability and **$402,363.94** in NJ WARN prejudgment interest related to severance liability, as allocated amongst Class Members in Plaintiffs' Damages Spreadsheet, **Ex. 4**;

2. Judgment is entered in favor of Plaintiffs and the Class, as certified by the Court in ECF No. ____, against Defendant Tobias Keller under NJ WARN, N.J.S.A. 34:21-2(b) for a total of **$2,689,796.57.** This amount comprises: **$745,323.68** in NJ WARN notice penalty liability, **$228,252.82** in prejudgment interest related to NJ WARN notice penalty liability, **$1,313,856.13** in NJ WARN severance liability and **$402,363.94** in NJ WARN prejudgment interest related to severance liability, as allocated amongst Class Members in Plaintiffs' Damages Spreadsheet, **Ex. 4**.

3. Pursuant to Fed. R. Civ. P. 23(h), 54(d)(2), 29 U.S.C. § 2104(a)(1), and N.J.S.A. 34:21-2(b), Plaintiffs and Class Counsel may file a motion for attorney fees and costs within fourteen (14) days of the date of the filing of this Order.

BY THE COURT:

____________________________