## Exhibits to Plaintiffs' Motion for Summary Judgment

| Exhibit No | Document | Note |
|---|---|---|
| 1 | JEG Declaration | |
| 2 | native Excel file named "Salary Data on RIF 6.23(132490592.1).xlsx” | CONFIDENTIAL |
| 3 | native Excel file named "RIFS.xlsx” | CONFIDENTIAL |
| 4 | Plaintiffs' Damages Spreadsheet | CONFIDENTIAL |
| 5 | Senate Committee statement | |
| 6 | Deposition Transcript of David Oddi | |
| 7 | Deposition Transcript of Kevin Hess | |
| 8 | Deposition Transcript of Tobias Keller | |
| 9 | FM-006267 to 006275 - Independent Director Agreement | CONFIDENTIAL |
| 10 | FM-003128-003129 - May 24, 2023 Action by Unanimous Written Consent of the Members | CONFIDENTIAL |
| 11 | FM-005795-February 6, 2023 email from Joe Ferreira | CONFIDENTIAL |
| 12 | FM-006214, May 11, 2023 email from Joe Ferreira | CONFIDENTIAL |
| 13 | FM-005904 to FM-005906; February 19, 2023 email from Joe Ferreira | CONFIDENTIAL |
| 14 | FM-005342 to FM-005352- CIT Deposit Account Control Agreement | CONFIDENTIAL |
| 15 | FM-003048- Entity structure information | CONFIDENTIAL |
| 16 | KELLER-00483-00486 - Action by Written Consent of the Sole Sharholder and Action by Unanimous Written Consent of the Members | CONFIDENTIAL |
| 17 | KELLER-00471-00478 - Independent Director Agreement | CONFIDENTIAL |
| 18 | KELLER-00531 - May 23, 2023 email from Tobias Keller | CONFIDENTIAL |
| 19 | KELLER-00798-00805- May 24, 2023 Indemnification Agreement | CONFIDENTIAL |
| 20 | KELLER-00530 May 24, 2023 email from David Oddi | CONFIDENTIAL |
| 21 | GOODE-ESI-00735 June 5, 2023 email from Tobias Keller | CONFIDENTIAL |