**BLANK ROME LLP**
*A Pennsylvania LLP*
Jonathan M. Korn
New Jersey Resident Partner
Anthony A. Mingione
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel: (609) 750-2649
Jonathan.Korn@BlankRome.com
Anthony.Mingione@BlankRome.com
Michael.Darbee@BlankRome.com
*Attorneys for Defendant Forman Mills, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELL DEL ROSSI and DAWN BARBER, individually and on behalf of all similarly-situated individuals,<br>Plaintiffs,<br>v.<br>FORMAN MILLS, INC.; GOODE PARTNERS LLC; GOODE FORMAN HOLDINGS LLC; GOODE HEAVYWEIGHT COINVEST LLC; and TOBIAS KELLER,<br>Defendants.<br>Defendants. | Civil Action No.: 1:23-cv-03136 (CPO) (AMD)<br><br>***Electronically Filed***<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Honorable Christine P. O'Hearn, U.S.D.J.**<br><br>**Return Date: December 21, 2026** |

**PLEASE TAKE NOTICE** that, on December 21, 2026, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Forman Mills, Inc. ("Defendant") shall move before the Honorable Christine P. O'Hearn, United States District Judge of the United States District Court for the District of New

Jersey, for an Order in the above-captioned matter, granting summary judgment in favor of Defendant pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the United States District Court for the District of New Jersey, and dismissing the Third Amended Complaint [ECF No. 73] with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Defendant will rely upon the accompanying Statement of Undisputed Material Facts, Memorandum of Law, Declaration of Anthony A. Mingione, Esq., and Declaration of Rosa Rosario.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is filed with this motion.

**PLEASE TAKE FURTHER NOTICE** that the movant requests oral argument.

Dated: October 30, 2026

Respectfully submitted,

*/s/ Anthony A. Mingione*

**BLANK ROME LLP**
*A Pennsylvania LLP*
Jonathan M. Korn
New Jersey Resident Partner
Anthony A. Mingione
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel: (609) 750-2649
Jonathan.Korn@BlankRome.com
Anthony.Mingione@BlankRome.com