**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELL DEL ROSSI, et. al.,<br>Plaintiffs,<br>v.<br>FORMAN MILLS, INC.;<br>GOODE PARTNERS LLC;<br>GOODE FORMAN HOLDINGS LLC;<br>and GOODE HEAVYWEIGHT CO-INVEST LLC, and TOBIAS KELLER<br>Defendants. | Civil Action No. 2:23-cv-03136-CPO-EAH<br><br>Motion Day: December 7, 2026 |

**DEFENDANTS' COMMON STATEMENT OF UNDISPUTED MATERIAL FACTS**
**IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 56.1 and the Court's Order (ECF 160), Defendants Forman Mills, Inc., Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC, and Defendant Tobias Keller submit the following Common Statement of Undisputed Material Facts in support of their respective motions for summary judgment. Each Defendant will separately file an additional statement of material facts for their respective motions, consecutively numbered.[1]

**Basic Identifications of Parties**

1. Defendant Forman Mills, Inc. ("Forman Mills" or the "Company") is a for-profit retailer incorporated in Pennsylvania. (Third Amended Complaint (ECF 73) at ¶ 7; Answer by Forman Mills to Third Amended Complaint (ECF 78) at ¶ 7.[2])

[1] This Common Statement of Undisputed Material Facts has paragraphs 1 through 12. Forman Mills' Statement of Undisputed Material Facts has paragraphs numbered 13 through 82. Goode Defendants' Statement of Undisputed Material Facts has paragraphs numbered 83 to 170. Mr. Keller's Statement of Undisputed Material Facts has paragraphs numbered 171 to 197.

[2] Documents referenced in this Common Statement can be found as exhibits to the Declaration of Keith McDonald, Esq., which will be filed separately.

2. Forman Mills has retail locations in states across the country, including Pennsylvania, New York, Maryland, Ohio, Michigan, Illinois, Wisconsin, and the District of Columbia. (Deposition Transcript of Kevin Hess ("Hess Dep.") at 89:8-24.) In June 2023, its corporate headquarters was located in Pennsauken, New Jersey. (Third Amended Complaint (ECF 73) at ¶ 8; Answer by Forman Mills to Third Amended Complaint (ECF 78) at ¶ 8.)

3. Defendant Goode Partners LLC is a private equity firm that was founded in 2004. (Oddi Dep. 12:11-15.)

4. Defendant Goode Forman Holdings was an LLC. (Oddi Dep. 18:8-10.)

5. The three members of Goode Forman Holdings, LLC were: Goode Partners Consumer Fund III, L.P.; and two entities associated with Cohesive Capital Partners: Cohesive Capital Partners, LP and Cohesive Capital Partners II, L.P. (Oddi Dep. 18:11-16; 35:8-13.)

6. Goode Partners Consumer Fund III, L.P. purchased a membership interest in Goode Forman Holdings LLC, which is the process by which Goode Partners Consumer Fund III made an indirect investment in Forman Mills. (Oddi Dep. 17:12-17; 18:4-10.)

7. Defendant Goode Heavyweight Coinvest LLC is an LLC where the members are primarily employees of Goode Partners LLC. (Oddi Dep. 35:14-17.)

8. Defendant Keller is an individual who resides in San Francisco, California. (Third Amended Complaint (ECF 73) at ¶ 14; Answer by Keller to Third Amended Complaint (ECF 133) at ¶ 14.)

9. As will be explained further below, Keller served as the Independent Director of Forman Mills for the 27-day period between May 24, 2023 and June 20, 2023. (Declaration of Tobias S. Keller In Support Of Motion to Dismiss (ECF 96-1) ("Keller Decl.") ¶ 15-16.)

10. Plaintiffs Noel Del Rossi ("Del Rossi") and Dawn Barber ("Barber," together with Del Rossi, "Plaintiffs") are individuals who were employed by Forman Mills at its Pennsauken location. (Third Amended Complaint (ECF 73) at ¶¶ 5-6 & 17; Del Rossi Response to Interrogatories Nos. 1 & 5; Barber Response to Interrogatories Nos. 1 & 5.)

11. Although Plaintiffs were included in a reduction in force at Forman Mills on June 6, 2023, they were employed by the next pay cycle without loss of pay or benefits. (Hess Dep. 188:2-6; 190:9-192:4.)

12. Plaintiffs remained employed by Forman Mills until August 2024, when they voluntarily resigned and obtained new employment. (Del Rossi ROG Nos. 1, 5; Barber ROG Nos. 1, 5.)

Dated: October 30, 2026

**BLANK ROME LLP**

*<u>/s/ Anthony Mingione</u>*
Anthony Mingione, Esq.

*Attorneys for Defendant Forman Mills, Inc*

**COZEN O'CONNOR**

*<u>/s/ Jason Cabrera</u>*
Jason Cabrera, Esq.

*Attorneys for the Goode Defendants*

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*<u>/s/ Keith McDonald</u>*
Keith McDonald, Esq.

*Attorneys for Defendant Tobias S. Keller*