**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NOELLE DEL ROSSI, and DAWN BARBER, individually, and on behalf of all similarly-situated individuals** | |
| **Plaintiffs,** | Case No. 23-cv-03136 |
| **v.** | |
| **FORMAN MILLS, INC.,** | |
| **Defendant.** | |

**CERTIFICATION OF ROSA ROSARIO**

ROSA ROSARIO, of full age, hereby certifies:

1. I am the Director of Human Resources for Defendant Forman Mills, Inc. ("Forman Mills"), and as such, am authorized to make this Certification based upon my personal knowledge.

2. Until June 30, 2025, Forman Mills maintained its corporate office at 1070 Thomas Busch Memorial Highway in Pennsauken, New Jersey.

3. On June 30, 2025, Forman Mills relocated its corporate office to 3000 Cindel Drive, Cinnaminson, NJ 08110.

4. On the afternoon of June 6, 2023, Forman Mills announced a reduction-in-force that would affect approximately eighty-six (86) corporate office employees.

5. As of today, thirty-five (35) of those individuals remain employed by Forman Mills.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[*signature page follows*]

Docusign Envelope ID: EF2D9A1C-744C-80CC-8168-EAB438877E70

DocuSigned by:

Rosa Rosario

3BB67A9E26F84BB...

ROSA ROSARIO

DATED: October 29, 2026