**BLANK ROME LLP**
*A Pennsylvania LLP*
Jonathan M. Korn
New Jersey Resident Partner
Anthony A. Mingione
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Tel: (609) 750-2649
Jonathan.Korn@BlankRome.com
Anthony.Mingione@BlankRome.com
Michael.Darbee@BlankRome.com
*Attorneys for Defendant Forman Mills, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELL DEL ROSSI and DAWN BARBER, individually, and on behalf of all similarly-situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORMAN MILLS, INC., GOODE PARTNERS LLC, GOODE FORMAN HOLDINGS LLC, GOODE HEAVYWEIGHT COINVEST LLC, and TOBIAS KELLER<br><br>*Defendants*. | Civil Action No. 1:23-cv-03136-CPO-EAH<br><br>Filed Electronically<br><br>Oral Argument Requested<br><br>**DECLARATION OF ANTHONY A. MINGIONE, ESQ. IN SUPPORT OF DEFENDANT FORMAN MILLS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

I, Anthony A. Mingione, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney-at-law admitted to practice law in the state and federal courts of the State of New Jersey, and a partner at the law firm of Blank Rome LLP, counsel for Defendant Forman Mills, Inc. ("Forman Mills") in the above-referenced matter.

2. I submit this certification in support of Forman Mills' motion for summary judgment pursuant to Fed. R. Civ. P. 56 and L. Civ. R. 56.1.

3. Attached hereto as Exhibit A is a true and correct copy of the Transcript of the Deposition of Kevin Hess, as corporate representative of Forman Mills, dated January 30, 2026 (the "Hess Deposition").

4. Attached hereto as Exhibit B is a true and correct copy of the Transcript of the Deposition of David Oddi, as corporate representative of Goode Partners LLC, dated December 23, 2025.

5. Attached hereto as Exhibit C is a true and correct copy of [ECF 30], the Certification of Kevin Hess, dated March 12, 2024, with attached exhibits.

6. Attached hereto as Exhibit D is a true and correct copy of [ECF 22], the Certification of Kevin Hess, dated September 22, 2023, with attached exhibits.

7. Attached hereto as Exhibit E is a true and correct copy of documents bearing production numbers FM-000407 through FM-000409, which were marked as Exhibit 5 during the Hess Deposition.

8. Attached hereto as Exhibit F is a true and correct copy of [ECF 28-2], the Declaration of Noelle Del Rossi, dated October 5 2023.

9. Attached hereto as Exhibit G is a true and correct copy of [ECF 28-3], the Declaration of Dawn Barber, dated October 5 2023.

10. Attached hereto as Exhibit H is a true and correct copy of Plaintiff Del Rossi's Responses to Goode Defendants' First Set of Interrogatories and Document Requests, dated January 3, 2025.

11. Attached hereto as Exhibit I is a true and correct copy of Plaintiff Barber's Responses to Goode Defendants' First Set of Interrogatories and Document Requests, dated January 6, 2025.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the above is true and correct to the best of my knowledge and belief.

Dated: October 30, 2026

*s/ Anthony A. Mingione*
Anthony A. Mingione, Esq.