# EXHIBIT D

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NOELLE DEL ROSSI, and DAWN BARBER, individually, and on behalf of all similarly-situated individuals** | |
| **Plaintiffs,** | Case No. 23-cv-03136 |
| **v.** | |
| **FORMAN MILLS, INC.,** | |
| **Defendant.** | |

**CERTIFICATION OF KEVIN HESS**

KEVIN HESS, of full age, hereby certifies:

1. I am the Chief Financial Officer of Defendant Forman Mills, Inc., and as such, am authorized to make this Certification based upon my personal knowledge.

2. True and correct redacted copies of the pay stubs covering the period from May 21, 2023 through the present, as well as the payroll earning statements for the same time period for Forman Mills employee Noelle Del Rossi, a plaintiff in this action, are attached hereto as Exhibit A.

3. True and correct redacted copies of the payroll earning statements from May 21, 2023 through the present for Forman Mills employee Dawn Barber, a plaintiff in this action, are attached hereto as Exhibit B.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

[*signature to follow on the next page*]

KEVIN HESS

DATED: September 22, 2023

# EXHIBIT A

| | |
|---|---|
| Employee Name: | Noell Del-Rossi |
| Employee #: | 030941 |
| Employee Address: | 69 Linden Road<br>Burlington, NJ 08016<br>Merchandising- Ladies & Girls<br>Assistant Buyer |
| Pay Date: | 9/15/2023 |
| Pay Period: | 8/27/2023 - 9/9/2023<br>664790270 |
| Pay Frequency: | Bi-Weekly |
| Pay Rate: | 21.3416 |
| Federal Filing Status: | [redacted] |
| Federal 2c/Extra Withholding: | [redacted] |
| State Filing Status: | [redacted] |
| State Exemptions: | [redacted] |
| Employer Name: | Forman Mills, Inc. |
| Employer Phone: | 856-486-1447 |
| Employer Address: | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 |

| | Current 8/27/2023 - 9/9/2023 | | | YTD As of 9/9/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.3835** | | **$1,715.51** | **1,793.7274** | **$40,305.64** |
| REGULAR | 59.8835 | 21.3416 | $1,278.01 | 1,347.0277 | $28,313.96 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | 8.0000 | 21.3416 | $170.73 | 48.0000 | $1,014.44 |
| OVERTIME | | | | 258.7667 | $8,064.53 |
| PAID SICK LEAVE | 4.5000 | 21.3416 | $96.04 | 75.0000 | $1,575.76 |
| VACATION | 8.0000 | 21.3416 | $170.73 | 64.0000 | $1,336.02 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$245.94** | | **$7,506.35** |
| Fed W/H | | | $65.01 | | $3,072.02 |
| FICA EE | | | $106.36 | | $2,495.43 |
| Fed MWT EE | | | $24.88 | | $583.61 |
| NJ W/H | | | $41.38 | | $1,159.81 |
| NJ UT EE | | | $6.56 | | $154.17 |
| NJ WDT EE | | | $0.72 | | $17.12 |
| NJ FLIT | | | $1.03 | | $24.19 |
| **Post-Tax Deductions** | | | **$1.00** | | **$19.00** |
| LTD | | | $1.00 | | $19.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,468.57** | | **$31,135.47** |
| Direct Deposit | [redacted] | [redacted] | $1,468.57 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 23.93 Hours | Vacation - Hours Taken: | 8.00 Hours |
| Sick - Hours Balance: | -6.96 Hours | Sick - Hours Taken: | 4.50 Hours |

CERIDIAN

FORMAN MILLS

| | | | |
|---|---|---|---|
| **Employee Name:** | Noell Del-Rossi | **Pay Date:** | 9/1/2023 |
| **Employee #:** | 030941 | **Pay Period:** | 8/13/2023 - 8/26/2023 |
| **Employee Address:** | 69 Linden Road<br>Burlington, NJ 08016<br>Merchandising- Ladies & Girls<br>Assistant Buyer | | 659678349 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 21.3416 |
| | | **Federal Filing Status:** | [redacted] |
| | | **Federal 2c/Extra Withholding:** | [redacted] $ [redacted] |
| | | **State Filing Status:** | [redacted] |
| | | **State Exemptions:** | [redacted] |

| | |
|---|---|
| **Employer Name:** | Forman Mills, Inc. |
| **Employer Phone:** | 856-486-1447 |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 |

| | Current 8/13/2023 - 8/26/2023 | | | YTD As of 8/26/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.6170** | | **$1,720.49** | **1,713.3439** | **$38,590.13** |
| REGULAR | 64.6170 | 21.3416 | $1,379.03 | 1,287.1442 | $27,035.95 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | | | | 40.0000 | $843.71 |
| OVERTIME | | | | 258.7667 | $8,064.53 |
| PAID SICK LEAVE | 8.0000 | 21.3416 | $170.73 | 70.5000 | $1,479.72 |
| VACATION | 8.0000 | 21.3416 | $170.73 | 56.0000 | $1,165.29 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$247.16** | | **$7,260.41** |
| Fed W/H | | | $65.51 | | $3,007.01 |
| FICA EE | | | $106.67 | | $2,389.07 |
| Fed MWT EE | | | $24.94 | | $558.73 |
| NJ W/H | | | $41.68 | | $1,118.43 |
| NJ UT EE | | | $6.59 | | $147.61 |
| NJ WDT EE | | | $0.74 | | $16.40 |
| NJ FLIT | | | $1.03 | | $23.16 |
| **Post-Tax Deductions** | | | **$1.00** | | **$18.00** |
| LTD | | | $1.00 | | $18.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,472.33** | | **$29,666.90** |
| Direct Deposit | [redacted] | [redacted] | $1,472.33 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 28.86 Hours | Vacation - Hours Taken: | 8.00 Hours |
| Sick - Hours Balance: | 2.85 Hours | Sick - Hours Taken: | 8.00 Hours |

FORMAN MILLS

| | | | |
|---|---|---|---|
| **Employee Name:** | Noell Del-Rossi | **Pay Date:** | 8/18/2023 |
| **Employee #:** | 030941 | **Pay Period:** | 7/30/2023 - 8/12/2023 |
| **Employee Address:** | 69 Linden Road<br>Burlington, NJ 08016<br>Merchandising- Ladies & Girls<br>Assistant Buyer | | 654307422 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 21.3416 |
| | | **Federal Filing Status:** | [redacted] |
| | | **Federal 2c/Extra Withholding:** | [redacted] |
| | | **State Filing Status:** | [redacted] |
| | | **State Exemptions:** | [redacted] |

| | |
|---|---|
| **Employer Name:** | Forman Mills, Inc. |
| **Employer Phone:** | 856-486-1447 |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 |

| | Current 7/30/2023 - 8/12/2023 | | | YTD As of 8/12/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.3834** | | **$1,719.60** | **1,632.7269** | **$36,869.64** |
| REGULAR | 80.0001 | 21.3416 | $1,707.33 | 1,222.5272 | $25,656.92 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | | | | 40.0000 | $843.71 |
| OVERTIME | 0.3833 | 32.0124 | $12.27 | 258.7667 | $8,064.53 |
| PAID SICK LEAVE | | | | 62.5000 | $1,308.99 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$246.94** | | **$7,013.25** |
| Fed W/H | | | $65.42 | | $2,941.50 |
| FICA EE | | | $106.62 | | $2,282.40 |
| Fed MWT EE | | | $24.94 | | $533.79 |
| NJ W/H | | | $41.63 | | $1,076.75 |
| NJ UT EE | | | $6.57 | | $141.02 |
| NJ WDT EE | | | $0.73 | | $15.66 |
| NJ FLIT | | | $1.03 | | $22.13 |
| **Post-Tax Deductions** | | | **$1.00** | | **$17.00** |
| LTD | | | $1.00 | | $17.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,471.66** | | **$28,194.57** |
| Direct Deposit | [redacted] | [redacted] | $1,471.66 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 33.78 Hours |
| Sick - Hours Balance: | 8.38 Hours |

CERIDIAN

| | | | |
|---|---|---|---|
| **Employee Name:** | Noell Del-Rossi | **Pay Date:** | 8/4/2023 |
| **Employee #:** | 030941 | **Pay Period:** | 7/16/2023 - 7/29/2023 |
| **Employee Address:** | 69 Linden Road<br>Burlington, NJ 08016<br>Merchandising- Ladies & Girls<br>Assistant Buyer | | 648097312 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 21.3416 |
| | | **Federal Filing Status:** | [redacted] |
| | | **Federal 2c/Extra Withholding:** | [redacted] $ [redacted] |
| | | **State Filing Status:** | [redacted] |
| | | **State Exemptions:** | [redacted] |

| | |
|---|---|
| **Employer Name:** | Forman Mills, Inc. |
| **Employer Phone:** | 856-486-1447 |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 |

| | Current 7/16/2023 - 7/29/2023 | | | YTD As of 7/29/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **81.3499** | | **$1,750.54** | **1,552.3435** | **$35,150.04** |
| REGULAR | 80.0001 | 21.3416 | $1,707.33 | 1,142.5271 | $23,949.59 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | | | | 40.0000 | $843.71 |
| OVERTIME | 1.3498 | 32.0124 | $43.21 | 258.3834 | $8,052.26 |
| PAID SICK LEAVE | | | | 62.5000 | $1,308.99 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$254.43** | | **$6,766.31** |
| Fed W/H | | | $68.52 | | $2,876.08 |
| FICA EE | | | $108.53 | | $2,175.78 |
| Fed MWT EE | | | $25.38 | | $508.85 |
| NJ W/H | | | $43.51 | | $1,035.12 |
| NJ UT EE | | | $6.70 | | $134.45 |
| NJ WDT EE | | | $0.74 | | $14.93 |
| NJ FLIT | | | $1.05 | | $21.10 |
| **Post-Tax Deductions** | | | **$1.00** | | **$16.00** |
| LTD | | | $1.00 | | $16.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,495.11** | | **$26,722.91** |
| Direct Deposit | [redacted] | [redacted] | $1,495.11 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 30.70 Hours |
| Sick - Hours Balance: | 5.92 Hours |

CERIDIAN

FORMAN MILLS

| | | | |
|---|---|---|---|
| **Employee Name:** | Noell Del-Rossi | **Pay Date:** | 7/21/2023 |
| **Employee #:** | 030941 | **Pay Period:** | 7/2/2023 - 7/15/2023 |
| **Employee Address:** | 69 Linden Road<br>Burlington, NJ 08016<br>Merchandising- Ladies & Girls<br>Assistant Buyer | | 643053701 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 21.3416 |
| **Employer Name:** | Forman Mills, Inc. | **Federal Filing Status:** | [redacted] |
| | | **Federal 2c/Extra Withholding:** | [redacted] $ [redacted] |
| **Employer Phone:** | 856-486-1447 | **State Filing Status:** | [redacted] |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 | **State Exemptions:** | [redacted] |

| | Current 7/2/2023 - 7/15/2023 | | | YTD As of 7/15/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.2830** | | **$1,713.37** | **1,470.9936** | **$33,399.50** |
| REGULAR | 49.7830 | 21.3416 | $1,062.45 | 1,062.5270 | $22,242.26 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | 8.0000 | 21.3416 | $170.73 | 40.0000 | $843.71 |
| OVERTIME | | | | 257.0336 | $8,009.05 |
| PAID SICK LEAVE | 22.5000 | 21.3416 | $480.19 | 62.5000 | $1,308.99 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$245.43** | | **$6,511.88** |
| Fed W/H | | | $64.80 | | $2,807.56 |
| FICA EE | | | $106.23 | | $2,067.25 |
| Fed MWT EE | | | $24.84 | | $483.47 |
| NJ W/H | | | $41.25 | | $991.61 |
| NJ UT EE | | | $6.55 | | $127.75 |
| NJ WDT EE | | | $0.73 | | $14.19 |
| NJ FLIT | | | $1.03 | | $20.05 |
| **Post-Tax Deductions** | | | **$1.00** | | **$15.00** |
| LTD | | | $1.00 | | $15.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,466.94** | | **$25,227.80** |
| Direct Deposit | [redacted] | [redacted] | $1,466.94 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 27.63 Hours | | |
| Sick - Hours Balance: | 3.46 Hours | Sick - Hours Taken: | 22.50 Hours |

CERIDIAN

FORMAN MILLS

**Employee Name:** Noell Del Rossi
**Employee #:** 020941
**Employee Address:** 69 Linden Road, Burlington, NJ 08016
Merchandising- Ladies & Girls
Assistant Buyer

**Pay Date:** 7/7/2023
**Pay Period:** 6/18/2023 - 7/1/2023
635874935
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.3416
**Federal Filing Status:** [redacted]
**Federal 2c/Extra Withholding:** [redacted] $ [redacted]
**State Filing Status:** [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.

**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 6/18/2023 - 7/1/2023 | | | YTD As of 7/1/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **91.8767** | | **$1,978.40** | **1,390.7106** | **$31,686.13** |
| REGULAR | 82.2267 | 21.3416 | $1,754.85 | 1,012.7440 | $21,179.81 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | 8.0000 | 21.3416 | $170.73 | 32.0000 | $672.98 |
| OVERTIME | 1.6500 | 32.0124 | $52.82 | 257.0336 | $8,009.05 |
| PAID SICK LEAVE | | | | 40.0000 | $828.80 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$383.38** | | **$6,266.45** |
| Fed W/H | | | $165.02 | | $2,742.76 |
| FICA EE | | | $122.66 | | $1,961.02 |
| Fed MWT EE | | | $28.69 | | $458.63 |
| NJ W/H | | | $57.41 | | $950.36 |
| NJ UT EE | | | $7.57 | | $121.20 |
| NJ WDT EE | | | $0.84 | | $13.46 |
| NJ FLIT | | | $1.19 | | $19.02 |
| **Post-Tax Deductions** | | | **$1.00** | | **$14.00** |
| LTD | | | $1.00 | | $14.00 |

| | Routing # | Account # | Amount | | Amount |
|---|---|---|---|---|---|
| **Net Pay** | | | **$1,594.02** | | **$23,760.86** |
| Direct Deposit | [redacted] | [redacted] | $1,594.02 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 24.55 Hours |
| Sick - Hours Balance: | 23.50 Hours |

CERIDIAN

FORMAN MILLS

**Employee Name:** Noel Del Rossi
**Employee #:** 020941
**Employee Address:** 69 Linden Road
Burlington, NJ 08016
Merchandising- Ladies & Girls
Assistant Buyer

**Pay Date:** 6/23/2023
**Pay Period:** 6/4/2023 - 6/17/2023
631141710
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 21.3416
**Federal Filing Status:** [redacted]
**Federal 2c/Extra Withholding:** [redacted] $ [redacted]
**State Filing Status:** [redacted] ( [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.

**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 6/4/2023 - 6/17/2023 | | | YTD As of 6/17/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.9833** | | **$1,728.31** | **1,298.8339** | **$29,707.73** |
| REGULAR | 80.9833 | 21.3416 | $1,728.31 | 930.5173 | $19,424.96 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | | | | 24.0000 | $502.25 |
| OVERTIME | | | | 255.3836 | $7,956.23 |
| PAID SICK LEAVE | | | | 40.0000 | $828.80 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | | | **$1,119.15** |
| 401K MATCH | | | | | $1,119.15 |
| **Pre-Tax Deductions** | | | | | **$1,644.82** |
| 401K Perc | | | | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$317.76** | | **$5,883.07** |
| Fed W/H | | | $135.01 | | $2,577.74 |
| FICA EE | | | $107.15 | | $1,838.36 |
| Fed MWT EE | | | $25.06 | | $429.94 |
| NJ W/H | | | $42.16 | | $892.95 |
| NJ UT EE | | | $6.61 | | $113.63 |
| NJ WDT EE | | | $0.73 | | $12.62 |
| NJ FLIT | | | $1.04 | | $17.83 |
| **Post-Tax Deductions** | | | **$1.00** | | **$13.00** |
| LTD | | | $1.00 | | $13.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,409.55** | | **$22,166.84** |
| Direct Deposit | [redacted] | [redacted] | $1,409.55 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 0.00 Hours |
| Sick - Hours Balance: | 21.04 Hours |

CERIDIAN

FORMAN MILLS

Employee Name: Noell Del Rossi
Employee #: 020941
Employee Address: 69 Linden Road
Burlington, NJ 08016
Merchandising- Ladies & Girls
Assistant Buyer

Pay Date: 6/9/2023
Pay Period: 5/21/2023 - 6/3/2023
625309437
Pay Frequency: Bi-Weekly
Pay Rate: 21.3416
Federal Filing Status: [redacted]
Federal 2c/Extra Withholding: [redacted]
State Filing Status: [redacted]
State Exemptions: [redacted]

Employer Name: Forman Mills, Inc.

Employer Phone: 856-486-1447
Employer Address: 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 5/21/2023 - 6/3/2023 | | | YTD As of 6/3/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **82.4001** | | **$1,771.53** | **1,217.8506** | **$27,979.42** |
| REGULAR | 73.1834 | 21.3416 | $1,561.85 | 849.5340 | $17,696.65 |
| OVERNIGHT | | | | 0.9330 | $0.93 |
| HOLIDAY | 8.0000 | 21.3416 | $170.73 | 24.0000 | $502.25 |
| OVERTIME | 1.2167 | 32.0124 | $38.95 | 255.3836 | $7,956.23 |
| PAID SICK LEAVE | | | | 40.0000 | $828.80 |
| VACATION | | | | 48.0000 | $994.56 |
| **Memo Information** | | | **$70.86** | | **$1,119.15** |
| 401K MATCH | | | $70.86 | | $1,119.15 |
| **Pre-Tax Deductions** | | | **$88.58** | | **$1,644.82** |
| 401K Perc | | | $88.58 | | $1,588.07 |
| DENTAL PRETAX | | | | | $11.57 |
| MEDICAL PRETAX | | | | | $42.60 |
| VISION PRETAX | | | | | $2.58 |
| **Taxes** | | | **$313.08** | | **$5,565.31** |
| Fed W/H | | | $129.57 | | $2,442.73 |
| FICA EE | | | $109.84 | | $1,731.21 |
| Fed MWT EE | | | $25.69 | | $404.88 |
| NJ W/H | | | $39.39 | | $850.79 |
| NJ UT EE | | | $6.78 | | $107.02 |
| NJ WDT EE | | | $0.75 | | $11.89 |
| NJ FLIT | | | $1.06 | | $16.79 |
| **Post-Tax Deductions** | | | **$1.00** | | **$12.00** |
| LTD | | | $1.00 | | $12.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,368.87** | | **$20,757.29** |
| Direct Deposit | [redacted] | [redacted] | $1,368.87 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 18.39 Hours |
| Sick - Hours Balance: | 18.58 Hours |

CERIDIAN

# EXHIBIT B

FORMAN MILLS

**Employee Name:** Dawn Michelle Barber
**Employee #:** 004803
**Employee Address:** 731 E. Broad Street
Gibbstown, NJ 08027
Planning
Merchandise Data Entry

**Pay Date:** 9/15/2023
**Pay Period:** 8/27/2023 - 9/9/2023
664783326
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 17.5000
**Federal Filing Status:** [redacted]
**Federal Exemptions:** [redacted]
**State Filing Status:** [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 8/27/2023 - 9/9/2023 | | | YTD As of 9/9/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.1166** | | **$1,402.92** | **1,978.5137** | **$35,714.04** |
| REGULAR | 72.0166 | 17.5000 | $1,260.29 | 1,329.5840 | $22,887.72 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | 8.0000 | 17.5000 | $140.00 | 48.0000 | $832.00 |
| OVERTIME | 0.1000 | 26.2500 | $2.63 | 357.8157 | $9,135.21 |
| PAID SICK LEAVE | | | | 64.0000 | $1,120.00 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$592.32** |
| DENTAL PRETAX | | | $22.54 | | $450.58 |
| VISION PRETAX | | | $7.46 | | $141.74 |
| **Taxes** | | | **$217.49** | | **$6,466.84** |
| Fed W/H | | | $80.37 | | $2,603.78 |
| FICA EE | | | $85.12 | | $2,177.55 |
| Fed MWT EE | | | $19.90 | | $509.26 |
| NJ W/H | | | $25.29 | | $1,003.03 |
| NJ UT EE | | | $5.37 | | $136.61 |
| NJ WDT EE | | | $0.60 | | $15.18 |
| NJ FLIT | | | $0.84 | | $21.43 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,155.43** | | **$28,654.88** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $1,030.43 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 64.08 Hours |
| Sick - Hours Balance: | 12.31 Hours |

CERIDIAN

| | | | |
|---|---|---|---|
| **Employee Name:** | Dawn Michele Barber | **Pay Date:** | 9/1/2023 |
| **Employee #:** | 004803 | **Pay Period:** | 8/13/2023 - 8/26/2023 |
| **Employee Address:** | 731 E. Broad Street<br>Gibbstown, NJ 08027<br>Planning<br>Merchandise Data Entry | | 659667441 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 17.5000 |
| | | **Federal Filing Status:** | [redacted] |
| | | **Federal Exemptions:** | [redacted] |
| | | **State Filing Status:** | [redacted] |
| | | **State Exemptions:** | [redacted] |

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy, Pennsauken, NJ 08110

| | Current 8/13/2023 - 8/26/2023 | | | YTD As of 8/26/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **78.1168** | | **$1,370.25** | **1,898.3971** | **$34,311.12** |
| REGULAR | 61.7503 | 17.5000 | $1,080.63 | 1,257.5674 | $21,627.43 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | | | | 40.0000 | $692.00 |
| OVERTIME | 0.3665 | 26.2500 | $9.62 | 357.7157 | $9,132.58 |
| PAID SICK LEAVE | 16.0000 | 17.5000 | $280.00 | 64.0000 | $1,120.00 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$562.32** |
| DENTAL PRETAX | | | $22.54 | | $428.04 |
| VISION PRETAX | | | $7.46 | | $134.28 |
| **Taxes** | | | **$210.30** | | **$6,249.35** |
| Fed W/H | | | $77.10 | | $2,523.41 |
| FICA EE | | | $83.10 | | $2,092.43 |
| Fed MWT EE | | | $19.44 | | $489.36 |
| NJ W/H | | | $24.02 | | $977.74 |
| NJ UT EE | | | $5.24 | | $131.24 |
| NJ WDT EE | | | $0.58 | | $14.58 |
| NJ FLIT | | | $0.82 | | $20.59 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,129.95** | | **$27,499.45** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $1,004.95 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 59.47 Hours | | |
| Sick - Hours Balance: | 9.85 Hours | Sick - Hours Taken: | 16.00 Hours |

CERIDIAN

FORMAN MILLS

**Employee Name:** Dawn Michelle Barber
**Employee #:** 004803
**Employee Address:** 731 E. Broad Street
Gibbstown, NJ 08027
Planning
Merchandise Data Entry

**Pay Date:** 8/13/2023
**Pay Period:** 7/30/2023 - 8/12/2023
654310816
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 17.5000
**Federal Filing Status:** [redacted]
**Federal Exemptions:** [redacted]
**State Filing Status:** [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 7/30/2023 - 8/12/2023 | | | YTD As of 8/12/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **81.2503** | | **$1,421.88** | **1,820.2805** | **$32,940.87** |
| REGULAR | 65.2503 | 17.5000 | $1,141.88 | 1,195.8172 | $20,546.80 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | | | | 40.0000 | $692.00 |
| OVERTIME | | | | 357.3493 | $9,122.96 |
| PAID SICK LEAVE | 16.0000 | 17.5000 | $280.00 | 48.0000 | $840.00 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$532.32** |
| DENTAL PRETAX | | | $22.54 | | $405.50 |
| VISION PRETAX | | | $7.46 | | $126.82 |
| **Taxes** | | | **$221.67** | | **$6,039.05** |
| Fed W/H | | | $82.26 | | $2,446.31 |
| FICA EE | | | $86.30 | | $2,009.33 |
| Fed MWT EE | | | $20.18 | | $469.92 |
| NJ W/H | | | $26.03 | | $953.72 |
| NJ UT EE | | | $5.44 | | $126.00 |
| NJ WDT EE | | | $0.60 | | $14.00 |
| NJ FLIT | | | $0.86 | | $19.77 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,170.21** | | **$26,369.50** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $1,045.21 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 54.86 Hours | | |
| Sick - Hours Balance: | 23.38 Hours | Sick - Hours Taken: | 16.00 Hours |

CERIDIAN

| | |
|---|---|
| **Employee Name:** | Dawn Michele Barber |
| **Employee #:** | 004803 |
| **Employee Address:** | 731 E. Broad Street<br>Gibbstown, NJ 08027<br>Planning<br>Merchandise Data Entry |

| | |
|---|---|
| **Pay Date:** | 8/4/2023 |
| **Pay Period:** | 7/16/2023 - 7/29/2023<br>648098628 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 17.5000 |
| **Federal Filing Status:** | [redacted] |
| **Federal Exemptions:** | [redacted] |
| **State Filing Status:** | [redacted] |
| **State Exemptions:** | [redacted] |

| | |
|---|---|
| **Employer Name:** | Forman Mills, Inc. |
| **Employer Phone:** | 856-486-1447 |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 |

| | Current 7/16/2023 - 7/29/2023 | | | YTD As of 7/29/2023 | |
|---|---|---|---|---|---|
| | **Hours/Units** | **Rate** | **Amount** | **Hours/Units** | **Amount** |
| **Earnings** | **80.0667** | | **$1,401.75** | **1,739.0302** | **$31,518.99** |
| REGULAR | 80.0000 | 17.5000 | $1,400.00 | 1,130.5669 | $19,404.92 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | | | | 40.0000 | $692.00 |
| OVERTIME | 0.0667 | 26.2500 | $1.75 | 357.3493 | $9,122.96 |
| PAID SICK LEAVE | | | | 32.0000 | $560.00 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$502.32** |
| DENTAL PRETAX | | | $22.54 | | $382.96 |
| VISION PRETAX | | | $7.46 | | $119.36 |
| **Taxes** | | | **$217.23** | | **$5,817.38** |
| Fed W/H | | | $80.25 | | $2,364.05 |
| FICA EE | | | $85.04 | | $1,923.03 |
| Fed MWT EE | | | $19.89 | | $449.74 |
| NJ W/H | | | $25.25 | | $927.69 |
| NJ UT EE | | | $5.36 | | $120.56 |
| NJ WDT EE | | | $0.60 | | $13.40 |
| NJ FLIT | | | $0.84 | | $18.91 |
| | **Routing #** | **Account #** | **Amount** | | **Amount** |
| **Net Pay** | | | **$1,154.52** | | **$25,199.29** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | | | $1,029.52 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation - Hours Balance: | 50.24 Hours |
| Sick - Hours Balance: | 36.92 Hours |

CERIDIAN

FORMAN MILLS

| | | | |
|---|---|---|---|
| **Employee Name:** | Dawn Michelle Barber | **Pay Date:** | 7/21/2023 |
| **Employee #:** | 004803 | **Pay Period:** | 7/2/2023 - 7/15/2023 |
| **Employee Address:** | 731 E. Broad Street<br>Gibbstown, NJ 08027<br>Planning<br>Merchandise Data Entry | | 643050278 |
| | | **Pay Frequency:** | Bi-Weekly |
| | | **Pay Rate:** | 17.5000 |
| **Employer Name:** | Forman Mills, Inc. | **Federal Filing Status:** | [redacted] |
| **Employer Phone:** | 856-486-1447 | **Federal Exemptions:** | |
| **Employer Address:** | 1070 Thomas Busch Mem Hwy<br>Pennsauken, NJ 08110 | **State Filing Status:** | |
| | | **State Exemptions:** | |

| | Current 7/2/2023 - 7/15/2023 | | | YTD As of 7/15/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.0500** | | **$1,401.31** | **1,658.9635** | **$30,117.24** |
| REGULAR | 40.0000 | 17.5000 | $700.00 | 1,050.5669 | $18,004.92 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | 8.0000 | 17.5000 | $140.00 | 40.0000 | $692.00 |
| OVERTIME | 0.0500 | 26.2500 | $1.31 | 357.2826 | $9,121.21 |
| PAID SICK LEAVE | 32.0000 | 17.5000 | $560.00 | 32.0000 | $560.00 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$472.32** |
| DENTAL PRETAX | | | $22.54 | | $360.42 |
| VISION PRETAX | | | $7.46 | | $111.90 |
| **Taxes** | | | **$217.15** | | **$5,600.15** |
| Fed W/H | | | $80.21 | | $2,283.80 |
| FICA EE | | | $85.03 | | $1,837.99 |
| Fed MWT EE | | | $19.88 | | $429.85 |
| NJ W/H | | | $25.23 | | $902.44 |
| NJ UT EE | | | $5.36 | | $115.20 |
| NJ WDT EE | | | $0.60 | | $12.80 |
| NJ FLIT | | | $0.84 | | $18.07 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,154.16** | | **$24,044.77** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | | | $1,029.16 | | |

| Accruals & Balances | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 45.63 Hours | | |
| Sick - Hours Balance: | 34.46 Hours | Sick - Hours Taken: | 32.00 Hours |

CERIDIAN

FORMAN MILLS

**Employee Name:** Dawn Michele Barber
**Employee #:** 004803
**Employee Address:** 731 E. Broad Street
Gibbstown, NJ 08027
Planning
Merchandise Data Entry

**Pay Date:** 7/7/2023
**Pay Period:** 6/18/2023 - 7/1/2023
635875465
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 17.5000
**Federal Filing Status:** [redacted]
**Federal Exemptions:**
**State Filing Status:**
**State Exemptions:**

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 6/18/2023 - 7/1/2023 | | | YTD As of 7/1/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **74.5669** | | **$1,304.92** | **1,578.9135** | **$28,715.93** |
| REGULAR | 66.5669 | 17.5000 | $1,164.92 | 1,010.5669 | $17,304.92 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | 8.0000 | 17.5000 | $140.00 | 32.0000 | $552.00 |
| OVERTIME | | | | 357.2326 | $9,119.90 |
| VACATION | | | | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$442.32** |
| DENTAL PRETAX | | | $22.54 | | $337.88 |
| VISION PRETAX | | | $7.46 | | $104.44 |
| **Taxes** | | | **$196.67** | | **$5,383.00** |
| Fed W/H | | | $70.57 | | $2,203.59 |
| FICA EE | | | $79.04 | | $1,752.96 |
| Fed MWT EE | | | $18.49 | | $409.97 |
| NJ W/H | | | $22.25 | | $877.21 |
| NJ UT EE | | | $4.99 | | $109.84 |
| NJ WDT EE | | | $0.55 | | $12.20 |
| NJ FLIT | | | $0.78 | | $17.23 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,078.25** | | **$22,890.61** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $953.25 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 41.01 Hours |
| Sick - Hours Balance: | 64.00 Hours |

CERIDIAN

**Employee Name:** Dawn Michelle Barber
**Employee #:** 004803
**Employee Address:** 731 E. Broad Street
Gibbstown, NJ 08027
Planning
Merchandise Data Entry

**Pay Date:** 6/23/2023
**Pay Period:** 6/4/2023 - 6/17/2023
631142514
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 17.5000
**Federal Filing Status:** [redacted]
**Federal Exemptions:** [redacted]
**State Filing Status:** [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 6/4/2023 - 6/17/2023 | | | YTD As of 6/17/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **80.0000** | | **$1,400.00** | **1,504.3466** | **$27,411.01** |
| REGULAR | 64.0000 | 17.5000 | $1,120.00 | 944.0000 | $16,140.00 |
| OVERNIGHT | | | | 83.1140 | $83.11 |
| HOLIDAY | | | | 24.0000 | $412.00 |
| OVERTIME | | | | 357.2326 | $9,119.90 |
| VACATION | 16.0000 | 17.5000 | $280.00 | 96.0000 | $1,656.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$412.32** |
| DENTAL PRETAX | | | $22.54 | | $315.34 |
| VISION PRETAX | | | $7.46 | | $96.98 |
| **Taxes** | | | **$216.85** | | **$5,186.33** |
| Fed W/H | | | $80.08 | | $2,133.02 |
| FICA EE | | | $84.94 | | $1,673.92 |
| Fed MWT EE | | | $19.86 | | $391.48 |
| NJ W/H | | | $25.18 | | $854.96 |
| NJ UT EE | | | $5.36 | | $104.85 |
| NJ WDT EE | | | $0.59 | | $11.65 |
| NJ FLIT | | | $0.84 | | $16.45 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,153.15** | | **$21,812.36** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $1,028.15 | | |

| Accruals & Balances | |
|---|---|
| Vacation - Hours Balance: | 0.00 Hours |
| Sick - Hours Balance: | 64.00 Hours |

CERIDIAN

**Employee Name:** Dawn Michelle Barber
**Employee #:** 004803
**Employee Address:** 731 E. Broad Street
Gibbstown, NJ 08027
Planning
Merchandise Data Entry

**Pay Date:** 6/9/2023
**Pay Period:** 5/21/2023 - 6/3/2023
625317604
**Pay Frequency:** Bi-Weekly
**Pay Rate:** 17.5000
**Federal Filing Status:** [redacted]
**Federal Exemptions:** [redacted]
**State Filing Status:** [redacted]
**State Exemptions:** [redacted]

**Employer Name:** Forman Mills, Inc.
**Employer Phone:** 856-486-1447
**Employer Address:** 1070 Thomas Busch Mem Hwy
Pennsauken, NJ 08110

| | Current 5/21/2023 - 6/3/2023 | | | YTD As of 6/3/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | **81.3998** | | **$1,432.12** | **1,424.3466** | **$26,011.01** |
| REGULAR | 40.0000 | 17.5000 | $700.00 | 880.0000 | $15,020.00 |
| OVERNIGHT | 0.1830 | 1.0000 | $0.18 | 83.1140 | $83.11 |
| HOLIDAY | 8.0000 | 17.5000 | $140.00 | 24.0000 | $412.00 |
| OVERTIME | 1.2168 | 26.2500 | $31.94 | 357.2326 | $9,119.90 |
| VACATION | 32.0000 | 17.5000 | $560.00 | 80.0000 | $1,376.00 |
| **Pre-Tax Deductions** | | | **$30.00** | | **$382.32** |
| DENTAL PRETAX | | | $22.54 | | $292.80 |
| VISION PRETAX | | | $7.46 | | $89.52 |
| **Taxes** | | | **$223.93** | | **$4,969.48** |
| Fed W/H | | | $83.29 | | $2,052.94 |
| FICA EE | | | $86.93 | | $1,588.98 |
| Fed MWT EE | | | $20.33 | | $371.62 |
| NJ W/H | | | $26.43 | | $829.78 |
| NJ UT EE | | | $5.48 | | $99.49 |
| NJ WDT EE | | | $0.61 | | $11.06 |
| NJ FLIT | | | $0.86 | | $15.61 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | **$1,178.19** | | **$20,659.21** |
| Direct Deposit | [redacted] | [redacted] | $125.00 | | |
| Direct Deposit | [redacted] | [redacted] | $1,053.19 | | |

**Accruals & Balances**

| | | | |
|---|---|---|---|
| Vacation - Hours Balance: | 47.77 Hours | Vacation - Hours Taken: | 32.00 Hours |
| Sick - Hours Balance: | 64.00 Hours | | |

CERIDIAN