# EXHIBIT E

# Reduction-In-Workforce (RIF) FAQs

***Why is my employment being terminated?***

Based on the economic circumstances and operational needs of the business, your position has been eliminated.

***Is the Company filing for bankruptcy?***

At this point the Company has not made any decisions related to a bankruptcy filing.

***When will I receive my last paycheck?***

You will receive your last paycheck on the following Friday payroll cycle and will receive it as you have designated in Dayforce, (direct deposit to your own bank account or Dayforce Wallet). If you have not signed up for direct deposit you will receive it as a manual check mailed to your home address.

***Will there be severance paid?***

Unfortunately, given the economic circumstances of the business there will not be severance paid at this time.

***Will I receive my unused/accrued paid time off (PTO)?***

You will receive the equivalent of your unused/accrued paid time off as a part of your final paycheck.

***When will I need to turn in my access card, laptop, phone?***

You will need to return all Forman Mills equipment issued which includes laptop, printer/scanner, access card and any other item you were provided.

***How long will I remain covered by the Company sponsored health care plan?***

You will remain covered by the Company sponsored health plan effective end date June 30, 2023.

***Who do I contact regarding my 401(k)?***

You can reach out to Fidelity Investments directly by calling 1-800-835-5097 or visit the website at www.netbenefits.com

***Who do I contact regarding my AFLAC policy?***

You can reach out to a Customer Service Representative at 800-992-3522 for instructions on continuing coverage after your termination of the benefit which is effective June 30, 2023.

***How do I apply for COBRA for Dental and Vision?***

Upon termination of employment internal communication is sent via Dayforce to Cobra Control which will initiate your cobra package mailed directly to your home address on file, if applicable. Cobra will be available so long as applicable plans are in place.

***How do I continue coverage with my current Medical plan?***

Sign into your health care carrier site or call them. You will need to remove the echeck you initially set up as autopay. You will need to replace it with your own bank account information or credit card to make your full monthly payment. You can do this step right away.

***How do I apply for unemployment benefits?***

To apply for unemployment benefits you can sign in to the Department of Labor website at: https://www.dol.gov/general/topic/unemployment-insurance

Upon doing so you select the state of which you **worked** (not where you live, *if different*) and it will provide you instructions on how to create an account, how to complete the application online and set up direct deposit, if available.

## List of State Unemployment Offices:

New Jersey Dept of Labor & Workforce Development

- North Jersey – 201-601-4100
- Central Jersey – 732-761-2020
- South Jersey – 856-507-2340

https://myunemployment.nj.gov/labor/myunemployment/before/about/howtoapply/

**Pennsylvania Dept of Labor & Industry**

- All PA- 1-888-313-7284

https://www.uc.pa.gov/unemployment-benefits/file/Pages/File%20an%20Initial%20Claim.aspx

**New York Dept of Labor**

- 1-888-209-8124

https://applications.labor.ny.gov/IndividualReg/

**Maryland Dept of Labor**

- 410-949-0022

http://www.dllr.state.md.us/employment/unemployment.shtml

**Michigan Dept of Labor and Economic Development**

- 866-500-0017

https://www.michigan.gov/leo/0,5863,7-336-78421_97241---,00.html

**Illinois Dept of Employment Security**

- 800-244-5631

https://www2.illinois.gov/ides/individuals/UnemploymentInsurance/

**Wisconsin Department of Workforce Development**

- 844-910-3661

https://dwd.wisconsin.gov/uiben/

**Ohio Dept of Job & Family Services**

- 877-644-6562

http://jfs.ohio.gov/ouio/index.stm

For more additional inquiries please contact: Human Resources/Rosa Rosario at (**844-786-1444**) or email **formanmillshr@formanmills.com**