# EXHIBIT 1

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC.**<br><br>***Defendant.*** | : : : : : : : : : : : | **Case No.: 1:23-cv-03136-RBK-AMD**<br><br>**CLASS ACTION COMPLAINT** |

**<u>DECLARATION OF NOELL DEL ROSSI</u>**

Noell Del Rossi hereby declares:

1. I am a lead Plaintiff in the above captioned action filed against Forman Mills Inc. ("Defendant").
2. I worked for Defendant as an assistant buyer at Defendant's corporate office located at 1070 Thomas Busch Memorial Highway, Pennsauken, New Jersey (the "Corporate Office") until June 6, 2023.
3. On June 6, 2023, at approximately 4:15pm, I attended a mandatory video conference with 119 of my co-workers from the Corporate Office.
4. During the June 6, 2023 video conference, Defendant informed me and 119 other employees (the "Affected Employees") who also worked at the Corporate Office that our employment was being terminated, effective immediately.
5. I did not receive any notice prior to June 6, 2023 that I was going to be terminated.



Doc ID: b5d140b5639462c7f786c15d4b9b2d066659e14c

Case 1:23-cv-03136-CPO-EAH Document 127-1 Filed 10/08/24 Page 3 of 6 PageID: 2493

6. Later in the evening of June 6, 2023, I received an email from Defendant's Human Resources Department (formanmillshr@formanmills.com) which contained "Reduction-in-Workforce (RIF) FAQs." (the "RIF Email"). (Attached as **Exhibit A** is a true and correct copy of the RIF Email received by Plaintiff Noell Del Rossi.).

7. Defendant's RIF's Email contained questions along with answers to those questions. One question was, "*Why is my employment being terminated*?" The answer that accompanied this question was, "*Based on the economic circumstances and operational needs of the business, your position has been eliminated*."

8. Defendant's RIF's Email contained the question, "*Will there be severance paid*?" The answer that accompanied this question was, "*Unfortunately, given the economic circumstances of the business there will not be severance paid at this time*."

9. Another question in Defendant's RIF Email was, "*How do I apply for unemployment benefits*?" Defendant provided a list of "State Unemployment Offices," which included New Jersey, Pennsylvania, Maryland, New York, and several other states.

10. Defendant's RIF Email also contained the question, "*When will I receive my last paycheck*?" The answer that accompanied this question was, "*You will receive your last paycheck on the following Friday payroll cycle…*"

11. On June 20, 2023, I received a phone call from Mike Kvitko, Defendant's chief executive officer (CEO). Mr. Kvitko informed me that Forman Mills was being purchased by Shopper's World, Inc. Mr. Kvitko told me to return to work on June 21, 2023.

12. On June 21, 2023, I returned to work in a full-time capacity. The paychecks that I have received reflect payment for the hours that I have worked.

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

BY: Noell Del Rossi
NOELL DEL ROSSI

DATED: 10 / 05 / 2023

**EXHIBIT A**

**From:** FMHR <formanmillshr@formanmills.com>
**Date:** June 6, 2023 at 7:25:30 PM EDT
**To:** Noell Del Rossi <noelldelrossi1@gmail.com>
**Subject: Automatic reply: Question**

Reduction-In-Workforce (RIF) FAQs

Why is my employment being terminated?
Based on the economic circumstances and operational needs of the business, your position has been eliminated.
Is the Company filing for bankruptcy?
At this point the Company has not made any decisions related to a bankruptcy filing.
When will I receive my last paycheck?
You will receive your last paycheck on the following Friday payroll cycle and will receive it as you have designated in Dayforce, (direct deposit to your own bank account or Dayforce Wallet). If you have not signed up for direct deposit you will receive it as a manual check mailed to your home address.
Will there be severance paid?
Unfortunately, given the economic circumstances of the business there will not be severance paid at this time.
Will I receive my unused/accrued paid time off (PTO)?
You will receive the equivalent of your unused/accrued paid time off as a part of your final paycheck.
When will I need to turn in my access card, laptop, phone?
You will need to return all Forman Mills equipment issued which includes laptop, printer/scanner, access card and any other item you were provided.
How long will I remain covered by the Company sponsored health care plan?
You will remain covered by the Company sponsored health plan effective end date June 30, 2023.
Who do I contact regarding my 401(k)?
You can reach out to Fidelity Investments directly by calling 1-800-835-5097 or visit the website at www.netbenefits.com

Who do I contact regarding m AFLAC policy?
You can reach out to a Customer Service Representative at 800-992-3522 for instructions on continuing coverage after your termination of the benefit which is effective date June 30, 2023.
How do I apply for COBRA?
Upon termination of employment internal communication is sent via Dayforce to Cobra Control which will initiate your cobra package mailed directly to your home address on file, if applicable.
How do I apply for unemployment benefits?
To apply for unemployment benefits you can sign in to the Department of Labor website

at: https://www.dol.gov/general/topic/unemployment-insurance
Upon doing so you select the state of which you worked (not where you live, if different) and it will provide you instructions on how to create an account, how to complete the application online and set up direct deposit, if available.

List of State Unemployment Offices:
New Jersey Dept of Labor & Workforce Development
- North Jersey – 201-601-4100
- Central Jersey – 732-761-2020
- South Jersey – 856-507-2340

https://myunemployment.nj.gov/labor/myunemployment/before/about/howtoapply/

Pennsylvania Dept of Labor & Industry
- All PA- 1-888-313-7284

https://www.uc.pa.gov/unemployment-benefits/file/Pages/File%20an%20Initial%20Claim.aspx

New York Dept of Labor
- 1-888-209-8124

https://applications.labor.ny.gov/IndividualReg/

Maryland Dept of Labor
- 410-949-0022

http://www.dllr.state.md.us/employment/unemployment.shtml

Michigan Dept of Labor and Economic Development
- 866-500-0017

https://www.michigan.gov/leo/0,5863,7-336-78421_97241---,00.html

Illinois Dept of Employment Security
- 800-244-5631

https://www2.illinois.gov/ides/individuals/UnemploymentInsurance/

Wisconsin Department of Workforce Development
- 844-910-3661

https://dwd.wisconsin.gov/uiben/

Ohio Dept of Job & Family Services
- 877-644-6562

http://jfs.ohio.gov/ouio/index.stm

For more additional inquiries please contact: Human Resources/Rosa Rosario at (844-786-1444) or email formanmillshr@formanmills.com