# EXHIBIT 2

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **NOELL DEL ROSSI, individually and on behalf of all similarly-situated individuals,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**FORMAN MILLS, INC.**<br><br>***Defendant.*** | : : : : : : : : : : : | **Case No.: 1:23-cv-03136-RBK-AMD**<br><br>**CLASS ACTION COMPLAINT** |

**<u>DECLARATION OF DAWN BARBER</u>**

Dawn Barber hereby declares:

1. I am a lead Plaintiff in the above captioned action filed against Forman Mills Inc. ("Defendant").

2. I worked for Defendant as a data entry specialist at Defendant's corporate office located at 1070 Thomas Busch Memorial Highway, Pennsauken, New Jersey (the "Corporate Office") until June 6, 2023.

3. On June 6, 2023, at approximately 4:15pm, I attended a mandatory video conference along with 119 other employees from the Corporate Office.

4. During the June 6, 2023 video conference, Defendant informed me and 119 other employees (the "Affected Employees") who also worked at the Corporate Office that our employment was being terminated, effective immediately.

5. Later in the evening of June 6, 2023, I received an email from Defendant's Human Resources Department which contained "Reduction-in-Workforce (RIF) FAQs." (the "RIF Email").

Ex. 2

Doc ID: d7b1cda01ddf2312c9ede25b2847df09d1d4c6d3

6. Defendant's RIF's Email contained several questions along with answers to those questions. One question was, "*Why is my employment being terminated?*" The answer that accompanied this question was, "*Based on the economic circumstances and operational needs of the business, your position has been eliminated*."

7. Defendant's RIF's Email also contained the question, "*Will there be severance paid*?" The answer that accompanied this question was, "*Unfortunately, given the economic circumstances of the business there will not be severance paid at this time*."

8. Another question in Defendant's RIF Email was, "*How do I apply for unemployment benefits?*" Defendant provided a list of "State Unemployment Offices," which included New Jersey, Pennsylvania, Maryland, New York, and several other states.

9. Another question in Defendant's RIF Email was, "*When will I receive my last paycheck*?" The answer that accompanied this question was, "*You will receive your last paycheck on the following Friday payroll cycle…*"

10. On June 20, 2023, Defendant contacted me and told me to return to work on June 21, 2023.

11. On June 21, 2023, I became aware that Forman Mills was being sold to Shopper's World, Inc.

12. On June 21, 2023, I returned to work in a full-time capacity. The paychecks that I have received reflect payment for the hours that I have worked.

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

BY:______________________________
DAWN BARBER

DATED: 10 / 05 / 2023