**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOELL DEL ROSSI and DAWN BARBER, individually and on behalf of all similarly-situated individuals, Plaintiffs,<br>v.<br>FORMAN MILLS, INC.; GOODE PARTNERS LLC; GOODE FORMAN HOLDINGS LLC; GOODE HEAVYWEIGHT COINVEST LLC; and TOBIAS KELLER, Defendants.<br>Defendants. | Civil Action No.: 1:23-cv-03136 (CPO) (AMD)<br><br>***Electronically Filed***<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Defendant Forman Mills, Inc. ("Defendant"), for an Order granting summary judgment in its favor pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rule 56.1 of the Local Civil Rules for the United States District Court for the District of New Jersey; and the Court having considered the moving papers, opposition papers, and any oral argument; and for other good cause shown:

**IT IS ON THIS** ____ day of __________________, 2026

**ORDERED** that Defendant's motion is **GRANTED**, and Plaintiff's Third Amended Complaint [ECF No. 73] is **DISMISSED, with prejudice.**

______________________________________
Honorable Christine P. O'Hearn
United States District Judge