COZEN O'CONNOR

November 23, 2026

**VIA ECF**

**Jason A. Cabrera**
Direct Phone 215-665-7267
Direct Fax 215-253-6797
jcabrera@cozen.com

The Honorable Ethan A. Hougah
United States District Court
4th and Cooper Streets
Camden, NJ 08101

**Re:** ***Del Rossi et. al. v. Forman Mills, Inc., et. al.*** **(D.N.J. 2:23-cv-03136-CPO-EAH)**
**Letter Request for One-Week Extension to Current MSJ Briefing Schedule**

Dear Judge Hougah:

This Firm represents Defendants Goode Partners LLC, Goode Forman Holdings LLC, and Goode Heavyweight Co-Invest LLC ("Goode Defendants") in the above-captioned action. We write, with the consent of all parties, to seek a one-week extension on the deadlines for responses and replies to the pending dispositive motions due to personal circumstances for undersigned counsel.

Unforeseen personal obligations of undersigned counsel have led to the need for this extension request. My mother has been hospitalized since November 16, 2026 in North Jersey to address emergent medical issues that have required surgery and continued treatment as an in-patient. I have been out of the office to assist with her care since November 14 and I plan to continue to remain in North Jersey until she is discharged (which I hope will be later this week). The need to address these matters is unforeseen and unavoidable.

Earlier today, I contacted counsel for all parties to seek consent for a one-week extension proposed in this letter. Counsel for all other parties quickly provided consent to this extension request. I greatly appreciate the courtesy of all counsel and their best wishes for my mother's recovery. Accordingly, the one-week extension request is consented to by all parties.

The Court adopted the parties' proposed briefing schedule for dispositive motions on September 30, 2026, setting the deadline for responses as November 30 and for replies as December 14. (ECF 160.) Goode proposes to extend the dates by one week for both responses and replies and for all parties. If agreeable to the Court, the proposed new schedule would be:

| | |
|---|---|
| Responses to any dispositive motions shall be filed on or before: | Monday, December 7 |
| Reply briefs in support of any dispositive motions shall be filed on or before: | Monday, December 21 |

Goode respectfully requests that the Court grant the consented-to extension request and modify the briefing schedule for the pending summary judgment motions as outlined herein.

Respectfully submitted,

*Jason Cabrera*

By: Jason A. Cabrera